*Julie Metcalf Kinney*
*℅ 4406 N. Mississippi Avenue*
*Portland Oregon [97217]*
*503-287-6494*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**William X Nietzche (solely as trustee for KRME International Trust),**
**William Kinney Jr.,**

**Julie Ann Metcalf Kinney,**

    **Plaintiff/Petitioner,**

Case No. 3:18-CV-1930-SI

**PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION**

v.

FREEDOM HOME MORTGAGE CORPORATION (FHMC),

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS),

BENEFICIAL OREGON INC. (BOI),

HSBC HOLDINGS PLC (HSBC),

REGIONAL TRUSTEE SERVICES CORPORATION (RTSC),

MTGLQ INVESTORS L.P. (MTGLQ),

RUSHMORE LOAN MANAGEMENT SERVICES (RLMS),

U.S. BANK NATIONAL ASSOCIATION (USBNA),

CLEAR RECON CORPORATION (CRC),

BARRISTERS SUPPORT SERVICES (BSS),

URBAN HOUSING DEVELOPMENT (UHD),

Et al.,

    **Defendant(s)/Respondent(s)**

_____

PLAINTIFF'S MOTIONS FOR TRO AND PRELIMINARY INJUNCTION - Page **1** of **2**

Plaintiff William and Julie Kinney ("The Kinney's"), by and through their son/trustee William X Nietzche, hereby moves the court for (1) a Temporary Restraining Order enjoining Defendants from effectuating their purported non-judicial sale of Plaintiff's real property that took place October 23, 2018, and until the motion for Preliminary Injunction can be heard, and (2) a Preliminary Injunction enjoining Defendants from effectuating their purported non-judicial sale of Plaintiff's real property pending a trial on the merits.

Plaintiff has commenced this action by filing a Verified Complaint alleging specific performance, breach of contract, promissory estoppel and other claims for relief. This motion is supported by the Verified Complaint and exhibits thereto, the accompanying Memorandum, and the Declaration of William X Nietzche.

WHEREFORE, Plaintiff requests that the court enter an Order:

1. Restraining Defendants from effectuating their purported non-judicial sale of Plaintiff's real property that took place October 23, 2018, and until the merits of Plaintiff's Motion for Preliminary Injunction are determined; and
2. Enjoining Defendants from effectuating their purported non-judicial sale of Plaintiff's real property pending a trial on the merits.

DATED this _____ day of November, 2018.

By _JAM Kinney © All Rights Reserved_
Julie Ann Metcalf Kinney
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]

By _William X Nietzche_  All Rights Reserved, Droit
William X Nietzche, as trustee for KRME International Trust
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]