Name: William X Nietzche
Address: c/o 4406 N. Mississippi Ave
Portland, Oregon [97217]
Phone: 503-539-2784

FILED 28 NOV '18 14:50 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

William X. Nietzche, et al

Plaintiff(s),

Case No: # 3:18-CV-01930-SI

vs.

Freedom Home Mortgage Corporation, et al

Defendant(s).

I move the court to enter an order to consider plaintiff's motion to stay state court proceedings and plaintiff's motion for sanctions for Barretry hereby attached as an exhibit.

Said motion was filed in Multnomah County Court, Oregon case #18LT16339.

Dated: 11/28/18

[signature] William X Nietzche
All rights reserved, in toto.

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**

**FOR MULTNOMAH COUNTY**

FILED 2018 NOV 28 PM 2:33

| | |
|---|---|
| URBAN HOUSING DEVELOPMENT, LLC.<br>V.<br>William Kinney Jr.<br>Julie A M Kinney<br>And ALL OTHERS<br>------------------------------------------------------<br><br>Julie Metcalf Kinney,<br>William Kinney Jr,<br>Counter-plainitiff(s),<br>And,<br>William X Nietzche (solely as trustee for<br>KRME International Trust),<br>Third-party Intervenor,<br>V.<br>URBAN HOUSING DEVELOPMENT LLC,<br>Roman Ozeruga,<br>Mark G. Passanante,<br>Counter-defendants. | Case # **18LT16339**<br><br>MOTION TO STAY STATE COURT<br>PROCEEDINGS; MOTION FOR<br>SANCTIONS FOR BARRATRY<br><br>*Re Hearing Requested*<br><br><br><br><br><br>ORAL ARGUMENT REQUESTED |

## MOTION TO STAY STATE COURT PROCEEDINGS

COMES NOW Third-Party Intervenor, a people of this Republic, William X Nietzche, solely as trustee for KRME International Trust, to move this court of record to enter an order to: a) Automatically Stay the state court proceedings pending resolution of a jury trial on the merits of Counter-plaintiffs verified complaint in federal district court; b) Issue sanctions of contempt of court against Urban Housing Development, Roman Ozeruga, and Mark G. Passanante, for devious tactics of barratry; and in support states the following:

1) This court lacks subject matter jurisdiction as the facts and law in this matter is currently pending before federal district court.

2) The subject real property: 4406 North Mississippi Avenue, Portland Oregon, is pending a jury trial in the Federal District Court of Oregon Portland Division case #3:18-cv-01930-SI.

3) There is a dispute to title regarding subject real property.

MOTION TO STAY STATE COURT PROCEEDINGS; MOTION FOR SANCTIONS Page 1 of 3

4) On November 5, 2018, A verified complaint was filed by Counter-plaintiff(s) and Third-party Intervenor in Federal District court regarding said real property alleging Quiet Title amongst other claims. (SEE EXHIBIT A)

5) On November 8, 2018, Defendant Urban Housing Development received a copy of the federal summons and verified complaint, along a with a copy of Counter-plaintiffs Motion for Preliminary Injunction and Temporary Restraining Order regarding subject real property. (SEE EXHIBIT B)

6) On November 14, 2018, Counter-plaintiff(s) spoke with Roman Ozeruga of Urban Housing Development to inform him of said federal lawsuit.

7) On November 15, 2018, Counter-plaintiff(s) text messaged with Roman Ozeruga of Urban Housing Development to inform him of said federal lawsuit.

8) On November 20, 2018, Counter-plaintiff(s) had a phone conversation with attorney Terrance J. Slominski who is representing Defendants Urban Housing Development against Counter-plaintiff(s) federal claims.

9) In said conversation Terrance J. Slominsky admitted to having received counter-plaintiff(s) Verified Complaint that was filed in Federal District court November 5, 2018.

10) Defendants Urban Housing Development and Roman Ozeruga had actual or constructive notice of counter-plaintiff(s) Verified Complaint filed in Federal district court prior to the filing of this FED action in state court.

11) On information and belief, Mark G. Passanante had actual or constructive notice of counter-plaintiff(s) Verified Complaint filed in Federal district court prior to the filing of this FED action in state court.

12) On information and belief, defendants Urban Housing Development and Roman Ozerga, by and through their attorney Mark G. Passanante, knowingly and intentionally engaged in devious tactics of barratry in this court.

13) Defendants are knowingly and intentionally moving forward in bad faith by filing this frivolous FED action in state court.

14) Counter-plaintiff(s) are experiencing great emotional distress by having to expend time and effort responding to said frivolous FED action in state court.

////////

WHEREFORE, Counter-plaintiff(s) move for an order for:

a) An automatic stay of state court proceedings pending resolution by jury trial of Counter-plaintiff(s) federal Verified complaint;

b) Issue sanctions of contempt of court against defendants Urban Housing Development, Roman Ozeruga, and their attorney Mark G. Passanante, for devious tactics of barratry.

c) And any such other and further relief the court deems just and reasonable in the circumstances.

DATED: 11/28/18

Julie Metcalf Kinney
c/o 4406 North Mississippi Avenue
Portland, Oregon [97217]

William X Nietzche    UCC1-308
All Rights Reserved, Droi t.
c/o 4406 North Mississippi Avenue
Portland, Oregon [97217]

JS 44 (Rev. 08/18)  CIVIL COVER SHEET  3:18-CV-1930-SI

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
William X Nietzsche (jointly as Trustee for KRME International Trust)
Julie Kinney
William Kinney Jr.

(b) County of Residence of First Listed Plaintiff: Multnomah
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

### DEFENDANTS
Freedom Mortgage Corporation, et al.
US Bank N A., Rushmore Loan Management Services,
Clear Recon Corporation

County of Residence of First Listed Defendant: New York
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | PROPERTY RIGHTS | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights ☐ 830 Patent | ☐ 430 Banks and Banking ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | LABOR | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | SOCIAL SECURITY | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | | ☐ 890 Other Statutory Actions ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | Habeas Corpus: | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☒ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | IMMIGRATION | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | Other: ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation - Transfer  ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1692K, 12 USC 2614
Brief description of cause:
Unlawful Foreclosure and Specialist Note and Quiet Title

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: November 5th 2018
SIGNATURE OF ATTORNEY OF RECORD: /s/ M Kinney © All Rights Reserved

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

FILED 05 NOV '18 13:15 USDC-ORP

William X Nietzche (solely as trustee for KRME International Trust),

William Kinney Jr.,

Julie Ann Metcalf Kinney,

    Plaintiff/Petitioner,

v.

FREEDOM HOME MORTGAGE CORPORATION (FHMC),

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS),

BENEFICIAL OREGON INC. (BOI),

HSBC HOLDINGS PLC (HSBC),

REGIONAL TRUSTEE SERVICES CORPORATION (RTSC),

MTGLQ INVESTORS L.P. (MTGLQ),

RUSHMORE LOAN MANAGEMENT SERVICES (RLMS),

U.S. BANK NATIONAL ASSOCIATION (USBNA),

CLEAR RECON CORPORATION (CRC),

BARRISTERS SUPPORT SERVICES (BSS),

URBAN HOUSING DEVELOPMENT (UHD),

Et al.,

    Defendants/Respondent(s)

Case No.

3:18-CV-1930-SI

**VERIFIED COMPLAINT**
Specific Performance; Breach of Contract; Promissory Estoppel; FDCPA; UDCPA; Breach of Trustee's Duty; Injunctive Relief; Fraud; OUTPA; RESPA; Accounting; Quiet Title; ORS 124.100(2); Rescission TILA
**DEMAND FOR JURY TRIAL**

80710

VERIFIED COMPLAINT - Page 1 of 21

EXHIBIT B
PAGE 1 of 1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Theresa Whisenhunt  C. Date of Delivery 11/7/18 |
| 1. Article Addressed to:<br>Roman Ozeruga<br>Urban Housing Development<br>5305 River Rd N. #B<br>Keizer Oregon 97303<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3896 8060 2422 91 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>   Delivery Restricted Delivery<br>   Restricted Delivery<br>   (over $500)<br><br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2.  7018 0360 0001 7156 8795 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt