Julie Metcalf Kinney
William X Neitzche
4406 N Mississippi Avenue
Portland, Oregon 97217
503-287-6494

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION       FILED 30 NOV '18 13:58 USDC-ORP

William X Nietzche (solely as trustee for
KRME International Trust),

William Kinney Jr.,

Julie Ann Metcalf Kinney,                                  3:18-CV-01930-SI

      Plaintiff/Petitioner,                                  Case No.

PLAINTIFF'S MOTION FOR
DEFAULT JUDGMENT AGAINST
BARRISTERS SUPPORT SERVICES

v.

FREEDOM HOME MORTGAGE CORPORATION (FHMC),

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS),

BENEFICIAL OREGON INC. (BOI),

HSBC HOLDINGS PLC (HSBC),

REGIONAL TRUSTEE SERVICES CORPORATION (RTSC),

MTGLQ INVESTORS L.P. (MTGLQ),

RUSHMORE LOAN MANAGEMENT SERVICES (RLMS),

U.S. BANK NATIONAL ASSOCIATION (USBNA),

CLEAR RECON CORPORATION (CRC),

BARRISTERS SUPPORT SERVICES (BSS),

URBAN HOUSING DEVELOPMENT (UHD),

Et al.,

      Defendant(s)/Respondent(s)

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST BSS - Page **1** of **2**

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff William and Julie Kinney ("The Kinney's"), by and through their son/trustee William X Nietzche, hereby moves the court for Default Judgment against defendant Barristers Support Services, stating in support:

1. On November 7, 2018, defendant Barristers Support Services was served with plaintiff's summons and Verified Complaint and Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.
2. Defendant Barristers Support Services had 21 days to file a response to the summons and Verified Complaint.
3. As of this date defendant Barristers Support Services has failed to file any response to the summons and Verified Complaint.
4. The Return of Service affidavit signed by Darnell Tellis is in the file showing date of service of plaintiff's summons and Verified Complaint upon defendant Barristers Support Services.
5. The interest of justice and of the orderly administration of this court should result in entry of Default Judgment against defendant Barristers Support Services forthwith.

WHEREFORE, Plaintiffs move this Honorable Court of Record to enter Default Judgment against defendant Barristers Support Services.

RESPECTFULLY DATED this _____ day of November, 2018.

By /s/ JM Kinney
Julie Ann Metcalf Kinney
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]

By /s/ William X Nietzche
William X Nietzche, as trustee for KRME International Trust
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]