**KEVIN H. KONO, OSB #023528**
kevinkono@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

      Attorneys for Defendant
      MTGLQ Investors, L.P.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **WILLIAM X. NIETZCHE**, solely as trustee for KRME International Trust, **JULIE A. METCALF KINNEY**, and **WILLIAM KINNEY, JR.**,<br><br>      **PLAINTIFFS**,<br><br>  v.<br><br>**FREEDOM HOME MORTGAGE CORPORATION (FHMC); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS); BENEFICIAL OREGON INC. (BOI); HSBC HOLDINGS PLC (HSBC); REGIONAL TRUSTEE SERVICES CORPORATION (RTSC); MTGLQ INVESTORS, L.P. (MTGLQ); RUSHMORE LOAN MANAGEMENT SERVICES LLC (RLMS); U.S. BANK NATIONAL ASSOCIATION (USBNA); CLEAR RECON CORPORATION (CRC); BARRISTERS SUPPORT SERVICES (BSS);** and **URBAN HOUSING DEVELOPMENT, LLC (UHD)**,<br><br>      **DEFENDANTS.** | Case No. 3:18-cv-01930-SI<br><br>**MTGLQ INVESTORS, L.P.'S RESPONSE TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION AND TO PLAINTIFF'S MOTION TO STAY STATE COURT PROCEEDINGS** |

Page 1 – MTGLQ'S RESPONSE TO MOTION FOR TRO AND PRELIMINARY INJUNCTION

4842-8535-4114v.1 0112676-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

By order dated December 4, 2018 (Dkt. No. 23), the Court set plaintiffs' Motion for a Temporary Restraining Order and plaintiffs' Motion to Stay State Court Proceedings (collectively "Plaintiffs' Motions") for hearing on December 10, 2018, and a deadline of December 7, 2018, at noon, for defendants to respond to Plaintiffs' Motions. For the reasons set forth below, defendant MTGLQ Investors, L.P. ("MTGLQ"), without waiver of any objections or defenses to plaintiffs' Complaint, all of which MTGLQ expressly reserves, takes no position regarding Plaintiffs' Motions.

Plaintiffs' Motions seek an order "restraining" and "[e]njoining Defendants from effectuating their purported non-judicial sale of Plaintiff's [*sic*] real property," Dkt. No. 2, p. 2, and staying state court eviction proceedings, Dkt. No. 10, p. 1. MTGLQ is not engaged in any conduct related to any non-judicial (or other) sale of plaintiffs' property and is not a party to any state court proceedings involving plaintiffs. Consistent with this, plaintiffs' Complaint alleges only that MTGLQ received an assignment of a loan and deed of trust involving plaintiffs and their property in 2016 and then that MTGLQ assigned its interest to "U.S. Bank National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1." Complaint (Dkt. No. 1), ¶¶ 33, 38-40, 44-5, Exs. E, H, L. Because MTGLQ is not engaged in the conduct plaintiffs seek to enjoin and is not party to the state court proceedings plaintiffs seek to stay, MTGLQ takes no position regarding Plaintiffs' Motions.

DATED this 6th day of December, 2018.

**DAVIS WRIGHT TREMAINE LLP**

By  Kevin H. Kono
    Kevin H. Kono, OSB #023528
    Telephone:  (503) 241-2300
    Facsimile:  (503) 778-5299
    kevinkono@dwt.com

    Attorneys for Defendant
    MTGLQ Investors, L.P.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **MTGLQ INVESTORS, L.P.'S RESPONSE TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION AND TO PLAINTIFF'S MOTION TO STAY STATE COURT PROCEEDINGS** on:

>William X. Nietzche
>Julie A. Metcalf Kinney
>William Kinney, Jr.
>c/o Julie A. Metcalf Kinney
>4406 N. Mississippi
>Portland, OR 97217
>503-287-6494
>
>Plaintiff

☒ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said plaintiff's last-known address and deposited in the U.S. mail at Portland, Oregon on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said plaintiff's address as shown above on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said plaintiff's last-known address on the date set forth below;

☐ by emailing a copy thereof to said plaintiff at his/her last-known email address as set forth above; and/or

☐ by emailing a copy thereof in Word format to said plaintiff at his/her last-known email address as set forth above, pursuant to Local Rule 5-11(b).

Dated this 6th day of December, 2018.

DAVIS WRIGHT TREMAINE LLP

By  s/ Kevin H. Kono
    Kevin H. Kono, OSB #023528
    Of Attorneys for Defendant
    MTGLQ Investors, L.P.

Page 1 - CERTIFICATE OF SERVICE

4842-8535-4114v.1 0112676-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax