**Michael J. Farrell, OSB No. 902587**
mfarrell@mblglaw.com
**Thomas W. Purcell, OSB No. 114938**
tpurcell@mblglaw.com
MB LAW GROUP, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Facsimile:  503-914-1725

   Attorneys for Defendant Rushmore Loan
   Management Services, LLC and U.S. Bank National
   Association, as Trustee for the REO Trust 2017-RPL1

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| WILLIAM X. NIETZCHE, solely as Trustee for KRME International Trust; WILLIAM KINNEY, JR.; and JULIE ANN METCALF KINNEY,<br><br>                    Plaintiffs,<br><br>         v.<br><br>FREEDOM HOME MORTGAGE CORPORATION (FHMC); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS); BENEFICIAL OREGON INC. (BOI); HSBC HOLDINGS PLC (HSBC); REGIONAL TRUSTEE SERVICES CORPORATION (RTSC); MTGLQ INVESTORS L.P. (MTGLQ); RUSHMORE LOAN MANAGEMENT SERVICES LLC (RLMS); U.S. BANK NATIONAL ASSOCIATION (USBNA); CLEAR RECON CORPORATION (CRC); BARRISTERS SUPPORT SERVICES (BSS); and URBAN HOUSING DEVELOPMENT (UHD);<br><br>                    Defendants. | Case No. 3:18-cv-1930-SI<br><br>**DEFENDANTS RUSHMORE LOAN MANAGEMENT SERVICES, LLC AND U.S. BANK NATIONAL ASSOCIATION'S RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND TO PLAINTIFFS' MOTION TO STAY RELATED STATE COURT PROCEEDINGS** |

Page 1 -   DEFENDANTS RUSHMORE LOAN MANAGEMENT SERVICES, LLC AND U.S. BANK NATIONAL ASSOCIATION'S RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND TO PLAINTIFFS' MOTION TO STAY RELATED STATE COURT PROCEEDINGS

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR  97204
Telephone: 503-914-2015
Facsimile: 503-914-1725

Defendants Rushmore Loan Management Services, LLC ("Rushmore") and U.S. Bank National Association, as Trustee for REO Trust 2017-RPL1, ("U.S. Bank") hereby respond to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction and Plaintiffs' "Motion to Stay State Court Proceedings; Motion for Sanctions for Barratry," THE LATTER OF which this Court has elected to construe as a motion for a temporary restraining order to stay related state court proceedings. (Docket No. 23).

## INTRODUCTION AND PROCEDURAL POSTURE

This case concerns real property located at 4406 N. Mississippi, Portland, Oregon 97217 (the "Subject Property"). Plaintiffs were the owners of the Subject Property, which was secured by a mortgage loan. During some of the times relevant to Plaintiff's alleged claims, Rushmore serviced the mortgage loan and U.S. Bank, as Trustee for the REO Trust 2017-RPL1, was the loan's beneficiary.

After Plaintiffs defaulted on their obligations under the mortgage loan, the Subject Property was foreclosed by advertisement and sale on October 23, 2018. (Complaint, ¶¶ 75, 85). At that foreclosure, the Subject Property was purchased by co-defendant Urban Housing Development, LLC ("UHD"). (Complaint, ¶ 86).

Plaintiffs filed this action on November 5, 2018 and filed a Motion for Temporary Restraining Order and Preliminary Injunction the same day. On November 19, 2018, UHD filed an FED complaint in Multnomah County Circuit Court, Case No. 18LT16339. Plaintiffs then filed a "Motion to Stay State Court Proceedings; Motion for Sanctions for Barratry" in the FED proceeding on November 28, 2018, and that same day filed a separate request for this Court to consider that motion. (Docket No. 10).

Page 2 - DEFENDANTS RUSHMORE LOAN MANAGEMENT SERVICES, LLC AND U.S. BANK NATIONAL ASSOCIATION'S RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND TO PLAINTIFFS' MOTION TO STAY RELATED STATE COURT PROCEEDINGS

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Facsimile: 503-914-1725

### A. Response to Motion for Temporary Restraining Order and Preliminary Injunction to Enjoin Non-Judicial Foreclosure Sale.

Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction should be denied for the most fundamental of reasons: the conduct Plaintiffs seek to enjoin has already occurred.

Plaintiffs' motion requests an order from this Court "enjoining Defendants from effectuating their purported non-judicial sale of Plaintiff's real property that took place October 23, 2018…" and to "enjoin the pending foreclosure sale." (Motion, p. 2 and p. 6, respectively.) As a practical matter, this Court cannot enjoin a sale which occurred six weeks ago, almost two weeks before the motion to enjoin that sale was filed. Moreover, such requested relief is moot as a matter of law. *See e.g. Protectmarriage.com-Yes on 8 v. Bowen,* 752 F.3d 827 (9th Cir. 2014) ("We are unable to effectively remedy a present controversy between the parties where a plaintiff seeks to enjoin an activity that has already occurred, and we cannot "undo" that action's allegedly harmful effects"); *Dean v. Baker,* 884 F.2d 1394 (9th Cir. 1989) (dismissing claim as moot because "the act [plaintiff] sought to enjoin has already occurred"). Accordingly, Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction must be denied.

///

///

///

///

///

///

Page 3 -   DEFENDANTS RUSHMORE LOAN MANAGEMENT SERVICES, LLC AND U.S. BANK NATIONAL ASSOCIATION'S RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND TO PLAINTIFFS' MOTION TO STAY RELATED STATE COURT PROCEEDINGS

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR  97204
Telephone: 503-914-2015
Facsimile: 503-914-1725

**B. Motion to Stay State Court Proceedings; Motion for Sanctions for Barratry**

Rushmore and U.S. Bank are not parties to the State Court FED action and, therefore, take no position on Plaintiffs' request to stay that proceeding.

DATED: December 7, 2018.

                MB LAW GROUP, LLP

                 s/ Michael J. Farrell
                Michael J. Farrell, OSB No. 902587
                Thomas W. Purcell, OSB No. 114938
                117 SW Taylor Street, Suite 200
                Portland, OR 97204
                Telephone: 503-914-2015
                Email: mfarrell@mblglaw.com
                         tpurcell@mblglaw.com
                Attorneys for Defendants Rushmore Loan Management Services, LLC and U.S. National Bank Association, as Trustee for the REO Trust 2017 RPL-1

Page 4 -   DEFENDANTS RUSHMORE LOAN MANAGEMENT SERVICES, LLC AND U.S. BANK NATIONAL ASSOCIATION'S RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND TO PLAINTIFFS' MOTION TO STAY RELATED STATE COURT PROCEEDINGS

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR  97204
Telephone: 503-914-2015
Facsimile: 503-914-1725

## CERTIFICATE OF SERVICE

    I hereby certify that on December 7, 2018, I served the foregoing DEFENDANTS RUSHMORE LOAN MANAGEMENT SERVICES, LLC AND U.S. BANK NATIONAL ASSOCIATION'S RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION TO STAY RELATED STATE COURT PROCEEDINGS on the individuals listed below by causing a true copy thereof to be served in the manner specified below:

| Recipient | Method |
|---|---|
| William X. Nietzche<br>Julie A. Metcalf Kinney<br>William Kinney, Jr.<br>c/o Julie A. Metcalf Kinney<br>4406 N. Mississippi<br>Portland, OR 97217<br>   Pro se Plaintiffs | ☐ Email<br>☒ U.S. Mail<br>☐ Facsimile |
| Kevin H. Kono<br>Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2400<br>Portland, OR 97201-5610<br>Email: kevinkono@dwt.com<br>Attorneys for Defendant MTGLQ Investors, L.P. | ☒ Email by court ECF filing<br>☐ U.S. Mail<br>☐ Facsimile |
| David J. Elkanich<br>Nellie Q. Barnard<br>Holland & Knight, LLP<br>111 SW Fifth Avenue, Suite 2300<br>Portland, OR 97204<br>Email: serve.dje@hklaw.com; Nellie.barndard@hklaw.com<br>Attorneys for Freedom Home Mortgage Corporation | ☒ Email by court ECF filing<br>☐ U.S. Mail<br>☐ Facsimile |
| Kelsey M. Benedick<br>Pilar C. French<br>Lane Powell, PC<br>601 SW Second Avenue, Suite 2100<br>Portland, OR 97204-3158<br>Email: benedickk@lanepowell.com;<br>frenchp@lanepowell.com<br>Attorneys for Beneficial Oregon, Inc. | ☒ Email by court ECF filing<br>☐ U.S. Mail<br>☐ Facsimile |
| David W. Venables<br>Terrance J. Slominski<br>Slominski and Associates<br>7100 SW Hampton St., Suite 101<br>Tigard, OR 97223<br>Email: venables.slominski.law@gmail.com;<br>tjslominski@yahoo.com<br>Attorneys for Urban Housing Development, LLC | ☒ Email by court ECF filing<br>☐ U.S. Mail<br>☐ Facsimile |

Page 5 -   DEFENDANTS RUSHMORE LOAN MANAGEMENT SERVICES, LLC AND U.S. BANK NATIONAL ASSOCIATION'S RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND TO PLAINTIFFS' MOTION TO STAY RELATED STATE COURT PROCEEDINGS

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR  97204
Telephone: 503-914-2015
Facsimile: 503-914-1725

DATED:  December 7, 2018.

                          MB LAW GROUP, LLP

                            s/ Michael J. Farrell
                          Michael J. Farrell, OSB No. 902587
                          Thomas W. Purcell, OSB No. 114938
                          117 SW Taylor Street, Suite 200
                          Portland, OR 97204
                          Telephone:  503-914-2015
                          Email: mfarrell@mblglaw.com
                                    tpurcell@mblglaw.com
                          Attorneys for Defendants Rushmore Loan
                          Management Services and U.S. National
                          Bank Association

Page 6 -   DEFENDANTS RUSHMORE LOAN MANAGEMENT SERVICES, LLC AND U.S. BANK NATIONAL ASSOCIATION'S RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND TO PLAINTIFFS' MOTION TO STAY RELATED STATE COURT PROCEEDINGS

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR  97204
Telephone: 503-914-2015
Facsimile: 503-914-1725