Terrance J. Slominski, OSB 813763
David W. Venables, OSB 081291
SLOMINSKI & ASSOCIATES
7100 SW Hampton, Suite 101
Tigard OR 97223
Phone: 503-968-2505
Fax: 503-684-7950
E-mail: tjslominski@yahoo.com
venables.slominski.law@gmail.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| WILLIAM X. NIETZCHE, solely as Trustee for KRME International Trust; WILLIAM KINNEY, JR.; and JULIE ANN METCALF KINNEY, <br><br>Plaintiff,<br><br>v.<br><br>FREEDOM HOME MORTGAGE CORPORATION (FHMC); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS); BENEFICIAL OREGON INC. (BOI); HSBC HOLDINGS PLC (HSBC); REGIONAL TRUSTEE SERVICES CORPORATION (RTSC); MTGLQ INVESTORS L.P. (MTGLQ); RUSHMORE LOAN MANAGEMENT SERVICES LLC (RLMS); U.S. BANK NATIONAL ASSOCIATION (USBNA); CLEAR RECON CORPORATION (CRC); BARRISTERS SUPPORT SERVICES (BSS); and URBAN HOUSING DEVELOPMENT (UHD);<br>Defendants. | Case No. 3:18-cv-1930-SI <br><br> DECLARATION OF ROMAN OZERUGA |

I, Roman Ozeruga, make this declaration based on personal knowledge of the facts

stated herein and under penalty of perjury.

1. I am the managing member of Urban Housing Development LLC. I have been in the

business of acquiring, developing and selling real property in Oregon since 2005. I have worked in this my capacity as manager of Urban Development and in my family businesses.

2. Urban Housing was the successful bidder at the recent foreclosure sale for 4406 N. Mississippi Ave, Portland Oregon and we have a Trustee's Deed for the property.

3. As part of my business, I follow sales prices and rents in the Portland Metro area. Attached is a spread sheet created in my office showing rental rates for homes near our property on Mississippi Avenue property. Based on this information and my general knowledge, it is my opinion that a reasonable rental rate for the property would be $2,750 per month.

Dated this 7th day of December, 2018.

_____
Roman Ozeruga

| Monthly Re | Bd/Bth | Sq Ft | Address | Type of Dwelling | Notes | Approx Price Per Sq F |
|---|---|---|---|---|---|---|
| $ 1,625.00 | 2bd/1bth | 933 | 4307 N Kerby Ave | condo | | $1.74 |
| $ 1,895.00 | 2bd/1bth | 579 | 4525 N Albina Ave | condo | new building | 3.27 |
| $ 1,650.00 | 2bd/1bth | 614 | 4326 N Mississippi Ave | condo | new building | 2.68 |
| $ 1,875.00 | 2bd/1bth | 900 | 5624 NE 24th Ave | house | | 2.08 |
| $ 1,450.00 | 2bd/1bth | 725 | 1541 N Killingsowrth St | house | | 2 |
| $ 2,095.00 | 2bd/2bth | 1250 | 66 NE Going St | house | | 1.67 |
| $ 1,600.00 | 2bd/1bth | 800 | 224 NE Fremont St | house | | 2 |
| $ 1,895.00 | 2bd/1bth | 1400 | 101 NE Graham St Unit B | upper unit of duplex | | 1.35 |
| $ 1,450.00 | 2bd/1bth | 1000 | 4222 N Commercial | triplex unit | | 1.45 |
| $ 1,650.00 | 2bd/1bth | 1000 | 1302 N Prescott | townhouse | | 1.65 |
| $ 2,000.00 | 2bd/1.5bth | 800 | N Montana Ave at Prescott | house | new building | 2.5 |
| | | | | | Area Average: | $2.04 |

**Only Houses**

| Monthly Re | Bd/Bth | Sq Ft | Address | Type of Dwelling | Notes | Approx Price Per Sq F |
|---|---|---|---|---|---|---|
| $ 1,875.00 | 2bd/1bth | 900 | 5624 NE 24th Ave | house | | 2.08 |
| $ 1,450.00 | 2bd/1bth | 725 | 1541 N Killingsowrth St | house | | 2 |
| $ 2,095.00 | 2bd/2bth | 1250 | 66 NE Going St | house | | 1.67 |
| $ 1,600.00 | 2bd/1bth | 800 | 224 NE Fremont St | house | | 2 |
| $ 2,000.00 | 2bd/1.5bth | 800 | N Montana Ave at Prescott | house | new building | 2.5 |
| | | | | | Average for Houses: | 2.05 |
| $4,275 | 2bd/1bth | 2087 | 4406 N Mississippi | house with livable basement | | |
| $2,585 | 2bd/1bth | 1262 | 4406 N Mississippi | house excluding basement | | |