Name: William X Nietzche
Address: c/o 4406 N. Mississippi Ave
Portland Oregon [97217]
Phone: 503-539-3784

FILED13 DEC '18 15:38USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

William X Nietzche, et al

Plaintiff(s),

vs.

Freedom Home Mortgage Corporation, et al

Defendant(s).

Case No:

3:18-CV-01930-SI

NOTICE OF REMOVAL PURSUANT TO 28 USC §1446 FILED IN MULTNOMAH COUNTY COURT ON 12/12/2018.
INFERIOR COURT CASE #18LT16339 has been removed to This Federal Claim.

Dated: 12/13/2018

William X Nietzche
All Rights Reserved, Without.



## IN THE CIRCUIT COURT OF THE STATE OF OREGON

## FOR MULTNOMAH COUNTY

| | |
|---|---|
| URBAN HOUSING DEVELOPMENT, LLC. <br> V. <br> William Kinney Jr. <br> Julie A M Kinney <br> And ALL OTHERS <br> --------------------------------------------------------- <br> Julie Metcalf Kinney, <br> William Kinney Jr, <br> Counter-Plainitiff(s), <br> And, <br> William X Nietzche (solely as trustee for <br> KRME International Trust), <br> Third-party Intervenor, <br> V. <br> URBAN HOUSING DEVELOPMENT LLC, <br> Roman Ozeruga, <br> Mark G. Passanante, <br> Counter-Defendants. | Case # **18LT16339** <br><br> NOTICE OF REMOVAL <br> PURSUANT TO 28 USC § 1446 |

### NOTICE OF REMOVAL

Counter-plaintiffs hereby gives notice of removal pursuant to 28 US. Code § 1446 and rule 11 of the Federal Rules of Civil Procedure, stating in support:

1. Counter-plaintiff filed a verified federal complaint which is pending regarding the same set of law and facts as pertaining to this matter.
2. The case # to said verified complaint is 3:18-cv-01930-SI.
3. Counter-defendant Urban Housing Development has submitted an appearance in federal court regarding said verified complaint.
4. This court lacks subject matter jurisdiction.

WHEREFORE, Counter-Plaintiff prays this court will grant Counter-Plaintiffs extension of time of (60) days.

//////////

**NOTICE OF REMOVAL - Page 1 of 2**

RESPECTFULLY DATED this _17th_ day of December, 2018.

By _____
Julie Ann Metcalf Kinney
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]

NOTICE OF REMOVAL - Page 2 of 2