Julie Metcalf Kinney
William X Neitzche
4406 N Mississippi Avenue
Portland, Oregon 97217
503-287-6494

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

FILED 14 DEC '18 11:37 USDC-ORP

| | |
|---|---|
| **William X Nietzche (solely as trustee for KRME International Trust), Et al.,**<br>    **Plaintiff(s)/Affiant(s),**<br><br>v.<br><br>**FREEDOM HOME MORTGAGE CORPORATION (FHMC), Et al.,**<br>    **Defendant(s)/Respondent(s)** | 3:18-CV-01930-SI<br>Case No.<br><br>**PLAINTIFF'S AFFIDAVIT OF FACT TO PIERCE THE CORPORATE VEIL OF DEFENDANT UHD** |

---

**PLAINTIFF'S AFFIDAVIT OF FACT TO PIERCE THE CORPORATE VEIL OF UHD**

COMES NOW Plaintiff William and Julie Kinney ("The Kinney's"), by, with and through their son/trustee William X Nietzche, to move this Court of Record to pierce the corporate veil of defendant URBAN HOUSING DEVELOPMENT, stating in support:

1) Defendant UHD is a Limited LIABLE Corporation.

2) Defendant UHD only has limited liability only to the extent it has engaged in clean-handed bonafide business.

3) Defendant UHD is a Limited LIABLE Corporation now that it has been caught in chancery engaging in dirty-handed malafide business.

4) On information and belief, Roman OZeruga is an alter-ego of Defendant UHD;

5) And thus a Real-Party-In-Interest.

6) Defendant UHD has attempted to defraud Plaintiffs as alleged in Plaintiffs Verified Complaint filed November 5, 2018;

7) And also alleged in Plaintiffs' supporting affidavits to this instant action, case #3:18-cv-01930-SI.

8) Defendant UHD's action of filing a fraudulent misDeed of Trust November 6, 2018, on the Mortgage record WITH HAVING ACTUAL KNOWLEDGE of a missing assignment on the Multnomah county records between FMC and BOI constitutes a gross violation pursuant to ORS 86.735 (1).

9) On information and belief, MERS' involvement in the Kinneys' Chain of Title wherein MERS is suddenly named as a beneficiary in the stead of FMC is not merely a "Scrivener's error."

10) Defendant UHD cannot have a right of action in the inferior state court with this federal verified complaint pending in this Court of Record.

11) Defendant UHD cannot have a right of action with having ACTUAL KNOWLEDGE of a missing assignment in the county records;

12) Ex dolo malo oritur non actio, ancient legal latin which translates to mean: "A right of action cannot arise out of fraud."

13) Defendant UHD's action of filing an inferior state court eviction action on or about November 19, 2018, after Plaintiffs had filed this federal action via a Verified Complaint November 5, 2018, is a complete violation of Plaintiffs Federal Due Process Right as secured by the 5th Amendment of the Constitution for the United States of America.

14) Defendant UHD's actions have been solely motivated with the intent to defraud the elderly Plaintiff Kinneys.

15) Defendant UHD's actions have been, and still remains, ultra-vires, outside of its scope of Articles of Incorporation.

16) For the above stated reasons, Defendant UHD shall be required to reveal the Real-Party-In-Interest who is hiding behind the corporate veil of the INCORPORATION advertised as URBAN HOUSING DEVELOPMENT.

17) Defendant UHD's actions have been scienter;

18) and with intent to induce reliance;

19) On information and belief, Defendant UHD has engaged in said actions with two or more co-conspirator incorporations advertised as BSS, USBNA, RLMS, CRC, MTGLQ, BOI, MERS, RTS, FMC and Roman OZeruga;

20) And thus constituting a gross conspiracy pursuant to 18 USC 241.

21) The interest of justice and of the ORderly administration of this Court of Record should result in piercing the corporate veil of defendant URBAN HOUSING DEVELOPMENT forthwith.

22) And SO SHALL this Affidavit pierce the incorporation that is advertised as URBAN HOUSING DEVELOPMENT.

23) And SO SHALL this Affidavit serve to join Roman OZeruga to this instant action as a co-conspirator in violation of 18 USC 241.

I affirm and attest the above said Affidavit to be true and correct to the best of Plaintiffs/Affiants knowledge so help me Creator.

WHEREFORE, Plaintiffs/Affiants move this Honorable Court of Record to pierce the corporate veil of Defendant URBAN HOUSING DEVELOPMENT.

RESPECTFULLY DATED this 13th day of December, 2018.

By _____
Julie Ann Metcalf Kinney
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]

By _____
William X Nietzche, as trustee for KRME International Trust
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]
All Rights Reserved, droit.