Julie Metcalf Kinney
William X Neitzche
4406 N Mississippi Avenue
Portland, Oregon 97217
503-287-6494

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION   FILED18 JAN '19 16:19 USDC-ORP

William X Nietzche (solely as trustee for
KRME International Trust),

Et al.,

                                                     3:18-CV-01930-SI

         Plaintiff/Petitioner,                        Case No.

                                               PLAINTIFF'S MOTION FOR
                                               EXTENSION OF TIME; NOTICE
                                               OF LIS PENDENS

                                               (EXPEDITED CONSIDERATION
v.                                               REQUESTED)

FREEDOM HOME MORTGAGE CORPORATION (FHMC),

Et al.,

        Defendant(s)/Respondent(s)

---

PLAINTIFFS' MOTION FOR EXTENSION OF TIME

COMES NOW Plaintiffs William and Julie Kinney ("The Kinney's"), by, through and with their son/trustee William X Nietzche, to move this Court of Record to enter an order for an extension of time in this Civil action case #3:18-cv-01930-SI, pursuant to Fed.R.Civ.P. RULE 6 (B) of 60-days, stating in support:

1) Plaintiffs seek to address several legal facts with counsel supporting the attached Declaration of Julie Metcalf Kinney and the attached exhibits to Plaintiffs Verified Complaint showing that defendant's made presumptive recordings of Plaintiff's Mortgage/ Deed of Trust without proper trustee assignment.

2) On December 31, 2018, Plaintiffs conducted a securitization audit regarding the May 2002 mortgage/transaction involved in this matter.

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME; NOTICE OF LIS PENDENS - Page 1 of 2**

3) On December 31, 2018, Plaintiffs discovered new-found evidence directly involving Defendant Freedom Home Mortgage Corporation (FHMC) that can potentially expose FHMC to either civil or criminal liability or both.

4) Plaintiffs hereby establish and declare a lis pendens in this matter whereby Plaintiffs' intend on amending their complaint and joining certain agents acting on behalf of FHMC to this action, for claims, including but not limited to: a) Federal Constitutional 5th Amendment Due Process violations; b) Fraudulent Conveyance; and c) Constructive Trust.

5) Plaintiffs hereby establish and declare a lis pendens in this matter whereby Plaintiffs' intend on amending their complaint and joining Mark K. Passanante, Roman Ozeruga and Terrance Slominski to this action, for claims, including but not limited to: a) Federal Constitutional 5th Amendment Due Process violations; b) Title 18 USC § 241 violations; c) Title 18 USC § 242 violations; d) Title 18 USC §1621 violations; and c) Constructive Trust.

6) Plaintiffs need 60-day extension of time in which to prepare an amended complaint.

7) Plaintiffs need 60-day extenstion of time to convalesce from the sudden hospitalization of Plaintiffs mother/grandmother Pauline Kinney who has been committed to hospice.

8) Plaintiffs need 60-day extension of time to satisfy any court order for seeking Legal Counsel.

9) Plaintiffs need 60-day extension of time to prepare a reply to Defendants Answers.

WHEREFORE, Plaintiffs moves this Court of Record to enter an order for an extension of time of (60) days, or show cause as why an extension should not issue.

RESPECTFULLY DATED this __18th__ day of January, 2019.

By _/s/ Julie Ann Metcalf Kinney_
Julie Ann Metcalf Kinney
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]

By _/s/ William X Nietzche_
William X Nietzche, as trustee for KRME International Trust
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME; NOTICE OF LIS PENDENS** - Page 2 of 2