Julie Metcalf Kinney
William X Neitzche
4406 N Mississippi Avenue
Portland, Oregon 97217
503-287-6494

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION   FILED 18 JAN '19 16:19 USDC-ORP

William X Nietzche (solely as trustee for
KRME International Trust),
Et al.,
    Plaintiff(s).

3:18-CV-01930-SI
Case No.

**MANDATORY JUDICIAL COGNIZANCE NOTICE**

v.

**FREEDOM HOME MORTGAGE CORPORATION (FHMC),**
Et al.,
    Defendant(s).

---

### MANDATORY JUDICIAL COGNIZANCE NOTICE

On its own motion this Court of Record takes mandatory judicial cognizance and decrees as follows:

1. **JUDICIAL COGNIZANCE.** Judicial notice, or knowledge upon which a judge is bound to act without having it proved in evidence. **[Black's Law Dictionary, 5th Edition, page 760.]**

2. **PROPERTY SECURITIZATION ANALYSIS REPORT** re subject real property: 4406 North Mississippi Avenue Portland Oregon [97217], conducted December 31, 2018 by Certified Forensic Loan Auditors. **(see EXHIBIT MM hereby attached to this Mandatory Judicial Cognizance Notice and to Plaintiffs' Verified Complaint)**

3. **QUIT CLAIM DEED** dated December 24, 2018; filed December 26, 2018, at Multnomah County Recorder's Office. **(see EXHIBIT NN hereby attached to this Mandatory Judicial Cognizance Notice and to Plaintiffs' Verified Complaint)**

///

///

RESPECTFULLY DATED this _____18_____ day of January, 2019.

By _____
Julie Ann Metcalf Kinney
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]

By _____
William X Nietzche, as trustee for KRME International Trust
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]
All Rights Reserved, droit.