

Certified Forensic Loan Auditors

EXHIBIT _MM_ ---

PAGE _1 - 32_

# CERTIFIED FORENSIC LOAN AUDITORS, LLC

13101 West Washington Blvd., Suite 140, Los Angeles, CA 90066

Phone: 888-758-2352 or 832-932-3951; Sales@CertifiedForensicLoanAuditors.com
www.CertifiedForensicLoanAuditors.com

# PROPERTY
# SECURITIZATION ANALYSIS REPORT™

*Prepared for:*

## Julie Ann Metcalf Kinney & William Kinney Jr

*For Property Address*

### 4406 N. Mississippi Avenue
### Portland, OR 97217

*Prepared on:*

### December 31, 2018

Disclosure: You have engaged Certified Forensic Loan Auditors, LLC to examine your real estate documents. This information is not to be construed as legal advice or the practice of law, pursuant to *Business and Professions Code § 6125 et seq.* It is the intent of CFLA, its members, auditors and independent contractors, not to engage in activities that could be considered the practice of law by conduct exhibiting any of the following practices: *...the doing and/or performing of services in a court of justice in any matter depending therein throughout the various stages and in conformity with the adopted rules of procedure. It includes legal advice and counsel and the preparation of legal instruments and contracts by which the legal rights are secured although such matter may or may not be depending in a court.*

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019*
*-All Rights Reserved-*



EXHIBIT _MM_
PAGE _2-32_

Certified Forensic Loan Auditors

# SECTION 1:  TRANSACTION DETAILS

## BORROWER & CO-BORROWER:

| BORROWER | CO-BORROWER |
|---|---|
| **Julie Ann Metcalf Kinney** | **William Kinney Jr** |
| CURRENT ADDRESS | SUBJECT ADDRESS |
| **4406 N. Mississippi Avenue, Portland, OR 97217** | **4406 N. Mississippi Avenue, Portland, OR 97217** |

## TRANSACTION PARTICIPANTS

| AMOUNT | MORTGAGE SERVICER | MORTGAGE NOMINEE/BENEFICIARY |
|---|---|---|
| **$96,300.00** | **Homecomings Financial, LLC** *Waterloo, IA* | **Mortgage Electronic Registration Systems, Inc. ("MERS")** PO Box 2026 Flint, MI 48501-2026 (888)679-MERS |
| ORIGINAL MORTGAGE LENDER | MORTGAGE TRUSTEE | TITLE COMPANY |
| **Freedom Mortgage Corporation DBA Freedom Home Mortgage Corporation** | **TBD** | **Resource Title LLC** |

Kinney - Page | 2

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019*
*-All Rights Reserved-*



Certified Forensic Loan Auditors

# SECTION 2:    SECURITIZATION
## SECURITIZATION PARTICIPANTS:

| ORIGINATOR/LENDER | SPONSOR/SELLER | DEPOSITOR |
|---|---|---|
| Freedom Mortgage Corporation DBA Freedom Home Mortgage Corporation | Not applicable | Not applicable |
| **ISSUING ENTITY** | **TRUSTEE** | **MASTER SERVICER/ SERVICER** |
| Not applicable | Not applicable | Not applicable |
| **CUSTODIAN** | **CUT – OFF DATE** | **CLOSING DATE** |
| Not applicable | Not applicable | Not applicable |

Kinney - Page | 3

CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019
-All Rights Reserved-



Certified Forensic Loan Auditors

# SECTION 3:   FORECLOSURE

### Recorded Events on the Loan Including Foreclosure Issues and Securitization

| Recorded Chain of Mortgage Possession | | Chain of Note Possession | |
|---|---|---|---|
| Date | Original Mortgage | Date | Note Holder |
| June 17, 2002<br><br>Instrument # 2002.106872<br><br>Official Records,<br>Multnomah County Oregon | Julie Ann Metcalf Kinney &<br>William Kinney Jr<br>(Borrower)<br><br>Freedom Mortgage Corporation DBA<br>Freedom Home Mortgage Corporation<br>(Lender) | May 3, 2002 | Freedom Mortgage Corporation<br>DBA Freedom Home Mortgage<br>Corporation<br><br>(Lender)<br>Principal Amount:<br>$96,300.00 |
| June 12, 2018<br><br>Instrument # 2018.62157<br><br>Official Records,<br>Multnomah County Oregon | *Notice of Default* | | |

*Voluntary lien search results are attached separately in Exhibit I.*

# REPORT SUMMARY

**Mortgage:**

- On May 3, 2002, Debtors Julie Ann Metcalf Kinney & William Kinney Jr executed a negotiable promissory note and a security interest in the form of a Mortgage in the amount of $ 96,300.00. This document was filed as document number 2002.106872 in the Official Records of Multnomah County. *The original lender of the promissory note and mortgagee is Freedom Mortgage Corporation DBA Freedom Home Mortgage Corporation*

**Notice of Default:**

- On June 12, 2018, a Notice of Default was filed with 2018.62157 document numbers in the Official Records of Multnomah County.

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019*
*-All Rights Reserved-*



Certified Forensic Loan Auditors

# BLOOMBERG SEARCH SECTION

On **December 31, 2018**, I researched the Bloomberg online Database at the request of **Certified Forensic Loan Auditors, LLC** on behalf of **Julie Ann Metcalf Kinney & William Kinney Jr** whose property address is noted herein above. The Loan Level Data search conducted using Bloomberg's terminal did not reveal matching characteristics **based on the Original Amount: $96,300.00;** Origination Date: **May 3, 2002**; Location of Property: **OR;** Property Type: **Single-Family;** Occupancy: **Owner Occupied;** Zip Code **97217.** Examiner did NOT locate a prospective REMIC TRUST within the Securities Exchange Commission (SEC) website that matches the characteristics for the possibility of securitizing this loan. Bloomberg snapshots of relevant parties are provided below.

The primary possibilities for the location of this loan are in the portfolio of loans held in inventory or for sale by **Freedom Mortgage Corporation DBA Freedom Home Mortgage Corporation** While Freedom Mortgage Corporation DBA Freedom Home Mortgage Corporation originated the loan, any subsequent purchaser may not have recorded its interest in the subject loan pursuant to the requirements of the Oregon Uniform Commercial Code.

**Freedom Mortgage Corporation DBA Freedom Home Mortgage Corporation** may also have placed the loan into a private placement securitized trust exempt from SEC reporting requirements and which was not reported to Bloomberg, LP; or for which Freedom Mortgage Corporation DBA Freedom Home Mortgage Corporation used as secured borrowings to raise additional funds, the economic effect of which would be a sale.

Kinney - Page | 5

CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019
-All Rights Reserved-



Certified Forensic Loan Auditors

## Security Description.



| FREMOR 8 ¾ 04/15/25 | $↓ 86.291 | +.138 | Yld 11.353 |
| | At 11:38 | | Source BMRK |

**FREMOR 8 ¾ 04/15/25 Corp** — Settings — Page 1/12 — Security Description: Bond
§ Notes ▸ — 95) Buy — 96) Sell

19 Bond Description | 10 Issuer Description

| Pages | Issuer Information | | | Identifiers | |
|---|---|---|---|---|---|
| 1) Bond Info | Name | FREEDOM MORTGAGE CORP | | ID Number | AS0185460 |
| 12) Addtl Info | Industry | Consumer Finance | | CUSIP | 35640YAB3 |
| 13) Reg/Tax | Security Information | | | ISIN | US35640YAB39 |
| 14) Covenants | Mkt Iss | Priv Placement | | Bond Ratings | |
| 15) Guarantors | Country | US | Currency | USD | Moody's | B2 |
| 16) Bond Ratings | Rank | Sr Unsecured | Series | 144A | S&P | B- |
| 17) Identifiers | Coupon | 8.250000 | Type | Fixed | Fitch | B+ |
| 18) Exchanges | Cpn Freq | S/A | | | Composite | B |
| 19) Inv Parties | Day Cnt | 30/360 | Iss Price | 100.00000 | Issuance & Trading | |
| 20) Fees, Restrict | Maturity | 04/15/2025 | | | Aggregated Amount Issued/Out | |
| 21) Schedules | MAKE WHOLE @50.000000 until 04/15/21/ CALL 04/15/21@104.... | | | USD | 700,000.00 (M) / |
| 22) Coupons | Iss Sprd | +554.0bp vs T 2 ⅜ 03/31/25 | | USD | 700,000.00 (M) |
| Quick Links | Calc Type | (1)STREET CONVENTION | | Min Piece/Increment | |
| 23) ALLQ  Pricing | Pricing Date | | 04/04/2018 | | 2,000.00 / 1,000.00 |
| 33) QRD  Qt Recap | Interest Accrual Date | | 04/09/2018 | Par Amount | 1,000.00 |
| 34) TDH  Trade Hist | 1st Settle Date | | 04/09/2018 | Book Runner | JOINT LEADS |
| 30) CACS  Corp Action | 1st Coupon Date | | 10/15/2018 | Reporting | TRACE |
| 36) CF  Prospectus | | | | | |
| 37) CN  Sec News | | | | | |
| 38) HDS  Holders | | | | | |

10) Send Bond

51 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 85?
3201 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2018 Bloomberg F
SN 455411 EST  GMT-5:00 H433-3576-0 28-Dec-2018 11:38:37

---

Page
Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\DES 1.png
**FREMOR 8 ¾ 04/15/25 Corp** — Settings — Page 2/12 — Security Description: Bond
§ Notes ▸ — 95) Buy — 96) Sell

19 Bond Description | 10 Issuer Description

| Pages | Additional Information | | |
|---|---|---|---|
| 11) Bond Info | 51) Details  53 Cpn  59 Rel  50 Struct  50 ECB/EU  50 Wgts | | |
| 12) Addtl Info | Issuer | | |
| 13) Reg/Tax | Obligor | | Freedom Mortgage Corp |
| 14) Covenants | Sector | | Financials |
| 15) Guarantors | Other | | |
| 16) Bond Ratings | Country of Risk | | US |
| 17) Identifiers | Benchmark | | Yes |
| 18) Exchanges | Registered | | Yes |
| 19) Inv Parties | Aggregate Amount For All Forms | | |
| 20) Fees, Restrict | Yield at Issue | | 8.250000 |
| 21) Schedules | Use of Proceeds List | | |
| 22) Coupons | Use of Proceeds | | General Corporate Purposes |
| Quick Links | | | Refinance |
| 23) ALLQ  Pricing | | | |
| 33) QRD  Qt Recap | | | |
| 34) TDH  Trade Hist | | | |
| 30) CACS  Corp Action | | | |
| 36) CF  Prospectus | | | |
| 37) CN  Sec News | | | |
| 38) HDS  Holders | | | |

10) Send Bond

51 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 85?
3201 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2018 Bloomberg F
SN 455411 EST  GMT-5:00 H433-3576-0 28-Dec-2018 11:38:44

CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019
-All Rights Reserved-



Certified Forensic Loan Auditors

## Security Description.



```
Page
Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\DES 2.png
FREMOR 8 ½ 04/15/25 Corp          Settings    -           Page 3/12      Security Description: Bond
                                                    ¶¶ Notes ¤          99 Buy          90 Sell
  29 Bond Description    28 Issuer Description
Pages                   Regulatory & Tax Information
11)Bond Info              Tax Information
12)Addtl Info               Tax Changes Call                              No
13)Reg/Tax                  US Sourced FDAP Income                        Yes
14)Covenants                US FATCA Grandfathered Obligation            No
15)Guarantors             AIFMD
16)Bond Ratings             Exposure Reporting Sub Asset Type            N.A.
17)Identifiers              Turnover Reporting Sub Asset Type            SEC_CPI_CPI
18)Exchanges              Basel II/III
19)Inv Parties              HQLA EU Eligible Asset Class Designation     N
20)Fees, Restrict           HQLA US Eligible Asset Class Designation     N
21)Schedules            71)MiFID Transparency and Transaction Details | MFID »
22)Coupons                  Is Instrument TOTV                           Yes
Quick Links                 Is Liquid Instrument                         No
22)ALLQ  Pricing
31)QRD   Qt Recap
30)TDH   Trade Hist.
35)CACS  Corp Action
36)CF    Prospectus
37)CN    Sec News
38)HDS   Holders

46)Send Bond
51 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852
3201 8900      Singapore 65 6212 1000     U.S. 1 212 318 2000      Copyright 2018 Bloomberg F
                                   SN 455411 EST  GMT-5:00 H433-3576-0 28-Dec-2018 11:30:52
```

```
Page
Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\DES 3.png
FREMOR 8 ½ 04/15/25 Corp          Settings    -           Page 4/12      Security Description: Bond
                                                    ¶¶ Notes ¤          99 Buy          90 Sell
  29 Bond Description    28 Issuer Description
Pages                   Covenants
11)Bond Info              Negative Pledge
12)Addtl Info             Change of Control                          Yes @ 101.00
13)Reg/Tax                Fundamental Change
14)Covenants              Limit of Indebtedness
15)Guarantors             Cross Default
16)Bond Ratings           Negative Covenant
17)Identifiers            Certain Sales of Assets
18)Exchanges              Restriction on Activities
19)Inv Parties            Debt Service Coverage Ratio
20)Fees, Restrict         Free Cash Flow To Debt Service Ratio
21)Schedules              Restrictive Covenant
22)Coupons                Merger Restrictions
Quick Links               Limitation on Sale-and-Leaseback
22)ALLQ  Pricing          Limitation on Subsidiary Debt
31)QRD   Qt Recap         Restricted Payments
30)TDH   Trade Hist.      Ratings Trigger
35)CACS  Corp Action      Collective Action Clause
36)CF    Prospectus       Material Adverse Change Clause
37)CN    Sec News         Force Majeure
38)HDS   Holders
46)Send Bond
51 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852
3201 8900      Singapore 65 6212 1000     U.S. 1 212 318 2000      Copyright 2018 Bloomberg F
                                   SN 455411 EST  GMT-5:00 H433-3576-0 28-Dec-2018 11:30:57
```

Kinney - Page | 7

CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019
-All Rights Reserved-



EXHIBIT MM
PAGE 8-32

Certified Forensic Loan Auditors

**Security Description.**

Page
Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\DES 4.png

FREMOR 8 ¼ 04/15/25 Corp | Settings | Page 5/12 | Security Description: Bond

94 Notes | 95 Buy | 96 Sell

1) Bond Description | 2) Issuer Description

Pages
11) Bond Info
12) Addtl Info
13) Reg/Tax
14) Covenants
15) Guarantors
16) Bond Ratings
17) Identifiers
18) Exchanges
19) Inv Parties
20) Fees, Restrict
21) Schedules
22) Coupons
Quick Links
32) ALLQ Pricing
33) QRD Qt Recap
34) TDH Trade Hist
35) CACS Corp Action
36) CF Prospectus
37) CN Sec News
38) HDS Holders
66) Send Bond

Bond Guarantor and Insurance Information
No insurers or guarantors for this bond.

1 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 85
3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2018 Bloomberg F
SN 455411 EST GMT-5:00 H433-3576-0 28-Dec-2018 11:39:03

Page
Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\DES 5.png

FREMOR 8 ¼ 04/15/25 Corp | Settings | Page 6/12 | Security Description: Bond

94 Notes | 95 Buy | 96 Sell

1) Bond Description | 2) Issuer Description

Pages
11) Bond Info
12) Addtl Info
13) Reg/Tax
14) Covenants
15) Guarantors
16) Bond Ratings
17) Identifiers
18) Exchanges
19) Inv Parties
20) Fees, Restrict
21) Schedules
22) Coupons
Quick Links
32) ALLQ Pricing
33) QRD Qt Recap
34) TDH Trade Hist
35) CACS Corp Action
36) CF Prospectus
37) CN Sec News
38) HDS Holders
66) Send Bond

| Agency/Type | Bond Ratings | Watch | Effective Date |
|---|---|---|---|
| Moody's | | | |
| Bond Rating | B2 | | 04/03/2018 |
| Standard & Poor's | | | |
| Bond Rating | B- | | 04/03/2018 |
| Recovery Rating | 3(55%) | | 04/03/2018 |
| Fitch | | | |
| Bond Rating | B+ | | 06/08/2018 |
| Recovery Rating | RR5 | | 04/06/2018 |
| Bloomberg Composite | | | |
| Bond Composite | B | | 06/08/2018 |

(Rating: Upgrade, Downgrade, No Change)

1 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 85
3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2018 Bloomberg F
SN 455411 EST GMT-5:00 H433-3576-0 28-Dec-2018 11:39:11

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019*
*-All Rights Reserved-*



EXHIBIT MM
PAGE 9-32

Certified Forensic Loan Auditors

**Security Description.**

Page
Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\DES 6.png
FREMOR 8 ¼ 04/15/25 Corp Settings Page 7/12 Security Description: Bond
94 Notes 95 Buy 96 Sell
1) Bond Description 2) Issuer Description

Pages: 11) Bond Info, 12) Addtl Info, 13) Reg/Tax, 14) Covenants, 15) Guarantors, 16) Bond Ratings, 17) Identifiers, 18) Exchanges, 19) Inv Parties, 20) Fees, Restrict, 21) Schedules, 22) Coupons
Quick Links: 32) ALLQ Pricing, 33) QRD Qt Recap, 34) TDH Trade Hist, 35) CACS Corp Action, 36) CF Prospectus, 37) CN Sec News, 38) HDS Holders
40) Send Bond

| Identifier Type | Identifier |
|---|---|
| ID Number | AS0185460 |
| CUSIP | 35640YAB3 |
| ISIN | US35640YAB39 |
| SEDOL 1 | BF0YND0 ( ) |
| WERTPAPIER | A19Y12 |
| NASD TRACE | FPFX4619007 |
| BBEQID | 7326950 121132001 |
| FIGI | BBG00KHL2ZC7 |

| Additional Identifiers | |
|---|---|
| EIOPA CIC Code | XL21 |
| RED Information | |
| No available data. | |

1 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 85
3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2018 Bloomberg F
SN 455411 EST GMT-5:00 H433-3576-0 28-Dec-2018 11:39:18

Page
Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\DES 7.png
FREMOR 8 ¼ 04/15/25 Corp Settings Page 8/12 Security Description: Bond
94 Notes 95 Buy 96 Sell
1) Bond Description 2) Issuer Description

Pages: 11) Bond Info, 12) Addtl Info, 13) Reg/Tax, 14) Covenants, 15) Guarantors, 16) Bond Ratings, 17) Identifiers, 18) Exchanges, 19) Inv Parties, 20) Fees, Restrict, 21) Schedules, 22) Coupons
Quick Links: 32) ALLQ Pricing, 33) QRD Qt Recap, 34) TDH Trade Hist, 35) CACS Corp Action, 36) CF Prospectus, 37) CN Sec News, 38) HDS Holders
40) Send Bond

Exchanges, Issuance & Trading Information

| Clearing House | Exchange | MIC Code | Mkt Segment |
|---|---|---|---|
| FED FUNDS | | | |
| DTC | | | |

1 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 85
3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2018 Bloomberg F
SN 455411 EST GMT-5:00 H433-3576-0 28-Dec-2018 11:39:26

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019*
*-All Rights Reserved-*



EXHIBIT _MM_
PAGE _10-32_

Certified Forensic Loan Auditors

## Security Description.



Page

Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\DES 8.png

FREMOR 8 ¾, 04/15/25 Corp          Settings          Page 9/12      Security Description: Bond

9) Notes n          9) Buy          9) Sell

19 Bond Description    20 Issuer Description

Pages
1) Bond Info
2) Addtl Info
3) Reg/Tax
4) Covenants
5) Guarantors
6) Bond Ratings
7) Identifiers
8) Exchanges
9) Inv Parties
20) Fees, Restrict
21) Schedules
22) Coupons
Quick Links
32) ALLQ    Pricing
33) QRD    Qt Recap
34) TDH    Trade Hist
35) CACS   Corp Action
36) CF     Prospectus
37) CN     Sec News
38) HDS    Holders
44) Send Bond

Involved Parties

Date Groups
51)    04/04/2018 Syndicate

Syndicate

| Role | Name | Amount (M) |
|---|---|---|
| Joint Lead Managers-Books | Barclays Capital | |
| Joint Lead Managers-Books | Goldman Sachs | |
| Joint Lead Managers-Books | JP Morgan Securities | |
| Joint Lead Managers-Books | KeyBanc Capital Markets | |
| Joint Lead Managers-Books | Morgan Stanley | |
| Joint Lead Managers-Books | UBS Securities LLC | |
| Co-Manager(s) | Huntington Investment Co/The | |
| Co-Manager(s) | Nomura Securities International | |

Reopenings History

| Auction Type | Announce Date | Effective Date | Amount (M) |
|---|---|---|---|
| New Issue | 04/04/2018 | 04/04/2018 | 700,000.00 |

1 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852
3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2018 Bloomberg F
SN 455411 EST  GMT-5:00 H433-3576-0 28-Dec-2018 11:39:34



Page

Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\DES 9.png

FREMOR 8 ¾, 04/15/25 Corp          Settings          Page 10/12      Security Description: Bond

9) Notes n          9) Buy          9) Sell

19 Bond Description    20 Issuer Description

Pages
1) Bond Info
2) Addtl Info
3) Reg/Tax
4) Covenants
5) Guarantors
6) Bond Ratings
7) Identifiers
8) Exchanges
9) Inv Parties
21) Schedules
22) Coupons
Quick Links
32) ALLQ    Pricing
33) QRD    Qt Recap
34) TDH    Trade Hist
35) CACS   Corp Action
36) CF     Prospectus
37) CN     Sec News
38) HDS    Holders
44) Send Bond

Fees & Sales Restrictions Information

| Sales Restrictions | Fee Information | Governing Law |
|---|---|---|
| UNITED STATES | Fees Undisclosed | Not Available |

1 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852
3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2018 Bloomberg F
SN 455411 EST  GMT-5:00 H433-3576-0 28-Dec-2018 11:39:43

CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019
-All Rights Reserved-



EXHIBIT MM
PAGE 11-32

Certified Forensic Loan Auditors

**Security Description.**

Page
Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\DES 10.png
FREMOR 8 ¼ 04/15/25 Corp Settings Page 11/12 Security Description: Bond
94) Notes 95) Buy 96) Sell
25) Bond Description 26) Issuer Description

Pages
11) Bond Info
12) Addtl Info
13) Reg/Tax
14) Covenants
15) Guarantors
16) Bond Ratings
17) Identifiers
18) Exchanges
19) Inv Parties
20) Fees, Restrict
21) Schedules
22) Coupons
Quick Links
32) ALLQ Pricing
33) QRD Qt Recap
34) TDH Trade Hist
35) CACS Corp Action
36) CF Prospectus
37) CN Sec News
38) HDS Holders
66) Send Bond

Schedules
Call Schedule

Callable on and anytime after date(s) shown

| Date | Price |
|---|---|
| 04/15/2021 | 104.125 |
| 04/15/2022 | 102.063 |
| 04/15/2023 | 100.000 |

1 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852
3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2018 Bloomberg F
SN 455411 EST GMT-5:00 H433-3576-0 28-Dec-2018 11:39:53

Page
Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\DES 11.png
FREMOR 8 ¼ 04/15/25 Corp Settings Page 12/12 Security Description: Bond
94) Notes 95) Buy 96) Sell
25) Bond Description 26) Issuer Description

Pages
11) Bond Info
12) Addtl Info
13) Reg/Tax
14) Covenants
15) Guarantors
16) Bond Ratings
17) Identifiers
18) Exchanges
19) Inv Parties
20) Fees, Restrict
21) Schedules
22) Coupons
Quick Links
32) ALLQ Pricing
33) QRD Qt Recap
34) TDH Trade Hist
35) CACS Corp Action
36) CF Prospectus
37) CN Sec News
38) HDS Holders
66) Send Bond

Coupons
Coupon Information
First Coupon Long First
Last Coupon Normal

1 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852
3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2018 Bloomberg F
SN 455411 EST GMT-5:00 H433-3576-0 28-Dec-2018 11:40:00

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019*
*-All Rights Reserved-*



Certified Forensic Loan Auditors

**Security Description.**

Page

| 9891483Z US Equity | Page 2/4  Security Description |
| Freedom Mortgage Corp | 1) Income Statement | FA IS » |

1 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 85
3201 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2018 Bloomberg F
SN 455411 EST   GMT-5:00 H433-3576-0 28-Dec-2018 11:48:34

---

9891483Z US     $ Private Company

9891483Z US Equity                                          Page 1/4  Security Description
Freedom Mortgage Corp                                       FIGI   BBG001Z69103
Freedom Mortgage Corporation operates as a mortgage lender. The Company provides purchase, re-
financing, and lending services for buying real estate. Freedom Mortgage serves customers in the
United States.

| 907 Pleasant Valley Avenue | T | 1-800-220-3333 | Domicile | UNITED STATES |
| Suite 3 | F | N.A. | Incorporated | UNITED STATES |
| Mount Laurel, NJ 08054 | Industry | Mortgage Finance | Inc. Date | |
| United States | Employees | 2,174 | | |
| 1) www.freedommortgage.com | As Of | 12/31/2014 | | |
| Officers | Title | | Start Date | |
| Stanley Middleman | PRESIDENT | | | |

| 7) Financial Analysis | FA » | FY End | 12/2014 |
| 8) Related Sec | RELS » | Revenue    (USD) | -- |
| 9) Corporate Actions | CACS » | Net Income | -- |
| 10) Corporate News | CN » | Total Assets | -- |

1 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 85
3201 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2018 Bloomberg F
SN 455411 EST   GMT-5:00 H433-3576-0 28-Dec-2018 11:48:25

CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019
-All Rights Reserved-



EXHIBIT MM
PAGE 13-32

Certified Forensic Loan Auditors

## Security Description.

```
Page
Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\DES 12.png
FREMOR 8 ¼ 04/15/25 Corp          Settings  ·              Page 1/9     Security Description: Bond
                                                   ⑨⑨ Notes              99 Buy        90 Sell
  29 Bond Description   20 Issuer Description
Pages                          S) Basic Information (9891483Z US Equity ) | DES »
  1) Summary                   Freedom Mortgage Corporation operates as a mortgag   ender. The Company provides purchase,
  1) Company Info              re-financing, and lending services for buying real estate. Freedom Mortgage serves customers in the
  1) Credit Fundamtls          United States.
  1) Debt Summary
  1) Credit Health
  1) Major Creditors
  1) Recent Cap Mkts           Fundamental Highlights - USD
  1) Identifiers               Current Market Capitalization
  1) Additional Info           Tier-1 Ratio
                               Risk-Based Capital Ratio
Quick Links                    Total Capital
  1) BRC    FI Rsch            Tangible Common Equity Ratio
  1) RSKC   Risk               7) Credit Rating | CRPR »
  1) DRSK   BB Of Risk         Moody's
  1) CDSV   CDS Curve              Outlook                                   NEG         06/04/18
  1) RELS   Rel Secs               Long-Term Corporate Family                B1          01/30/17
  1) CACS   Corp Acts              Long-Term                                 B1          12/11/18
  1) RVRD   Rel Val                Senior Unsecured Debt                     B2          10/31/17
                               Standard & Poor's
51 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852
3201 8900         Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2018 Bloomberg F
                               SN 455411 EST   GMT-5:00 H433-3576-0 28-Dec-2018 11:40:27
```

```
Page
Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\ISS DES 1.png
FREMOR 8 ¼ 04/15/25 Corp          Settings  ·              Page 2/9     Security Description: Bond
                                                   ⑨⑨ Notes              99 Buy        90 Sell
  29 Bond Description   20 Issuer Description
Pages                          Company Information
  1) Summary                   FREEDOM MORTGAGE CORP                    T: 1-800-220-3333
  1) Company Info              907 Pleasant Valley Avenue               F: N/A
  1) Credit Fundamtls          Suite 3                                  4) www.freedommor...
  1) Debt Summary              Mount Laurel, NJ 08054
  1) Credit Health             United States
  1) Major Creditors          Key Management
  1) Recent Cap Mkts          This information is unavailable.
  1) Identifiers
  1) Additional Info           Obligor                        Freedom Mortgage Corp
Quick Links
  1) BRC    FI Rsch
  1) RSKC   Risk
  1) DRSK   BB Of Risk
  1) CDSV   CDS Curve
  1) RELS   Rel Secs
  1) CACS   Corp Acts
  1) RVRD   Rel Val
51 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852
3201 8900         Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2018 Bloomberg F
                               SN 455411 EST   GMT-5:00 H433-3576-0 28-Dec-2018 11:40:35
```

Kinney - Page | 13

CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019
-All Rights Reserved-



EXHIBIT MM
PAGE 14-32

Certified Forensic Loan Auditors

**Security Description.**

Page
Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\ISS DES 1.png
FREMOR 8 ¼ 04/15/25 Corp Settings Page 2/9 Security Description: Bond
94 Notes 95 Buy 96 Sell
2) Bond Description 20 Issuer Description

Pages
11) Summary
12) Company Info
13) Credit Fundamtls
14) Debt Summary
15) Credit Health
16) Major Creditors
17) Recent Cap Mkts
18) Identifiers
19) Additional Info

Quick Links
31) BRC FI Rsch
32) RSKC Risk
33) DRSK BB Df Risk
34) CDSV CDS Curve
35) RELS Rel Secs
36) CACS Corp Acts
37) RVRD Rel Val

Company Information
FREEDOM MORTGAGE CORP
907 Pleasant Valley Avenue
Suite 3
Mount Laurel, NJ 08054
United States
T: 1-800-220-3333
F: N/A
41) www.freedommor...

Key Management
This information is unavailable.

Obligor Freedom Mortgage Corp

1 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852
3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2018 Bloomberg F
SN 455411 EST GMT-5:00 H433-3576-0 28-Dec-2018 11:40:35

Page
Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\ISS DES 2.png
FREMOR 8 ¼ 04/15/25 Corp Settings Page 3/9 Security Description: Bond
94 Notes 95 Buy 96 Sell
2) Bond Description 20 Issuer Description

Pages
11) Summary
12) Company Info
13) Credit Fundamtls
14) Debt Summary
15) Credit Health
16) Major Creditors
17) Recent Cap Mkts
18) Identifiers
19) Additional Info

Quick Links
31) BRC FI Rsch
32) RSKC Risk
33) DRSK BB Df Risk
34) CDSV CDS Curve
35) RELS Rel Secs
36) CACS Corp Acts
37) RVRD Rel Val

Key Credit Fundamentals
This information is unavailable.

1 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852
3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2018 Bloomberg F
SN 455411 EST GMT-5:00 H433-3576-0 28-Dec-2018 11:40:46

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019*
*-All Rights Reserved-*



Certified Forensic Loan Auditors

EXHIBIT _MM_
PAGE _15-32_

## Security Description.



```
Page
Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\ISS DES 3.png
FREMOR 8 ½ 04/15/25 Corp          Settings                 Page 4/9    Security Description: Bond
                                               ¶4 Notes          99 Buy           90 Sell
29 Bond Description    10 Issuer Description
```

| Debt - USD (MM) | Current | Q3 2018 | Q2 2018 | Q1 2018 | Q4 2017 |
|---|---|---|---|---|---|
| Bonds | 1,135 | 1,135 | 1,135 | 435 | 435 |
| Loans | 680 | 684 | 688 | 688 | 694 |
| Total | 1,815 | 1,819 | 1,823 | 1,123 | 1,129 |

Weighted Averages for Bonds

| | Current | Q3 2018 | Q2 2018 | Q1 2018 | Q4 2017 |
|---|---|---|---|---|---|
| Maturity in Years | 5.02 | 5.02 | 5.26 | 5.51 | 5.20 |
| Fixed-Rate Coupons | 8.20 | 8.20 | 8.20 | 8.13 | 8.13 |

```
SN 455411 EST  GMT-5:00 H433-3576-0 20-Dec-2018 11:40:54
```

```
Page
Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\ISS DES 4.png
FREMOR 8 ½ 04/15/25 Corp          Settings                 Page 5/9    Security Description: Bond
                                               ¶4 Notes          99 Buy           90 Sell
29 Bond Description    10 Issuer Description
```

Credit Health
Financing Composition

| Debt Types | Current | Q3 2018 | Q2 2018 | Q1 2018 | Q4 2017 |
|---|---|---|---|---|---|
| Loans/Ttl Debt % | 37.46 | 37.61 | 37.75 | 61.28 | 61.48 |
| Bonds/Ttl Debt % | 62.54 | 62.39 | 62.25 | 38.72 | 38.52 |
| Collateralization | | | | | |
| Unsecured/Ttl Debt % | 62.54 | 62.39 | 62.25 | 38.72 | 38.52 |
| Secured/Ttl Debt % | 37.46 | 37.61 | 37.75 | 61.28 | 61.48 |

Liquidity - USD (MM)
This information is unavailable.

Cash - USD (MM)
This information is unavailable.

```
SN 455411 EST  GMT-5:00 H433-3576-0 20-Dec-2018 11:41:09
```

CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019
-All Rights Reserved-



Certified Forensic Loan Auditors

## Security Description.

```
Page
Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\ISS DES 5.png
FREMOR 8 ¼ 04/15/25 Corp        Settings              Page 0/9      Security Description: Bond
                                              99 Notes          99 Buy           90 Sell
```

| 29 Bond Description | 18 Issuer Description | | | | |
|---|---|---|---|---|---|
| **Pages** | 51] Major Creditors \| AGGD » | | | | |
| 1] Summary | Debt Holder (USD) | Bonds Held | % Out | Latest Chg | % Chg |
| 1] Company Info | Total Reported | 1,051,896,569 | 35.66 | +44,930,003 | +4.5 |
| 1] Credit Fundamtls | ALLIANZ SE | 106,995,100 | 3.63 | +15,830,313 | -46.4 |
| 14] Debt Summary | LORD ABBETT & CO LLC | 91,497,058 | 3.10 | +5,729,832 | +50.3 |
| 15] Credit Health | EATON VANCE CORP | 82,052,601 | 2.78 | +563,828 | +0.7 |
| 16] Major Creditors | MANULIFE FINANCIAL CORP | 76,435,380 | 2.59 | +4,080,027 | -61.0 |
| 17] Recent Cap Mkts | CREDIT AGRICOLE GROUPE | 55,477,216 | 1.88 | +5,254,000 | +0.2 |
| 18] Identifiers | T ROWE PRICE GROUP INC | 49,061,348 | 1.66 | +2,296,480 | -0.1 |
| 19] Additional Info | CARLYLE GLOBAL MARKET STRATEGIES | 27,275,552 | 0.92 | -3,010,500 | -9.9 |
| **Quick Links** | VANGUARD GROUP | 25,000,000 | 0.85 | 0 | +0.0 |
| 1] BRC  FI Rsch | Biggest Changes in Reported Holdings | | | | |
| 2] RSKC  Risk | RUSSELL INVESTMENTS GROUP LTD | 1,843,000 | 0.06 | +368,000 | +24949.2 |
| 1] DRSK  BB Df Risk | BATTALION CLO LTD | 6,292,722 | 0.21 | +5,257,561 | +507.9 |
| 34] CDSV  CDS Curve | ZAIS CLO 1 LTD | 2,955,650 | 0.10 | +1,987,097 | +205.2 |
| 3] RELS  Rel Secs | CIGNA HLTH & LIFE INS CO | 345,000 | 0.01 | +230,000 | +200.0 |
| 3] CACS  Corp Acts | LIFE INS CO OF NORTH AMERICA | 185,000 | 0.01 | +100,000 | +117.6 |
| 1] RVRD  Rel Val | SAFETY GROUP | 275,000 | 0.01 | +140,000 | +103.7 |
|  | NEW YORK LIFE GROUP | 12,165,000 | 0.41 | +12,165,000 | +100.0 |
|  | CHUBB LTD | 2,200,000 | 0.07 | +2,200,000 | +100.0 |

```
51 2 9777 0600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852
3201 0900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2018 Bloomberg F
                          SN 455411 EST  GMT-5:00 H433-3576-0 28-Dec-2018 11:41:21
```

```
Page
Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\ISS DES 6.png
FREMOR 8 ¼ 04/15/25 Corp        Settings              Page 7/9      Security Description: Bond
                                              99 Notes          99 Buy           90 Sell
```

| 19 Bond Description | 18 Issuer Description | | | | |
|---|---|---|---|---|---|
| **Pages** | Recent Capital Markets Transactions | | | | |
| 1] Summary | **Bond Sales** | | | | |
| 1] Company Info |  | Announce↑ | Amount Curr | Maturity | Coupon Sprd & Benchmrk | Lead Mgr |
| 18] Credit Fundamtls | 61] | 04/04/2018 | 700 USD | 04/15/2025 | 8.250 T 2 ⅝ 03/31/25+554.0 | JOINT LEADS |
| 14] Debt Summary | 62] | 04/04/2018 | 700 USD | 04/15/2025 | 8.250 T 2 ⅝ 03/31/25+554.0 | JOINT LEADS |
| 15] Credit Health | 63] | 10/31/2017 | 435 USD | 11/15/2024 | 8.125 T 2 ¼ 10/31/24+593.0 | BCLY,CITI,JPM |
| 16] Major Creditors | 64] | 10/31/2017 | 435 USD | 11/15/2024 | 8.125 T 2 ¼ 10/31/24+593.0 | BCLY,CITI,JPM |
| 10] Recent Cap Mkts |  | | | | | |
| 18] Identifiers |  | | | | | |
| 19] Additional Info | **Syndicated Loans** | | | | |
| **Quick Links** |  | Signing↑ | Amount Curr | Maturity | Margin Loan Type | Lead Mgr |
| 1] BRC  FI Rsch | 71] | 03/26/2018 | 688 USD | 02/23/2022 | 475.0 TERM | BARCBK,JPM,NO |
| 2] RSKC  Risk | | | | | | |
| 1] DRSK  BB Df Risk | | | | | | |
| 34] CDSV  CDS Curve | | | | | | |
| 3] RELS  Rel Secs | | | | | | |
| 3] CACS  Corp Acts | | | | | | |
| 37] RVRD  Rel Val | | | | | | |

```
51 2 9777 0600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852
3201 0900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2018 Bloomberg F
                          SN 455411 EST  GMT-5:00 H433-3576-0 28-Dec-2018 11:41:30
```

CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019
-All Rights Reserved-



Certified Forensic Loan Auditors

EXHIBIT MM
PAGE 17-32

**Security Description.**

Page
Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\ISS DES 7.png
FREMOR 8 ½ 04/15/25 Corp  Settings  Page 8/9  Security Description: Bond
94 Notes  95 Buy  96 Sell
19 Bond Description  20 Issuer Description

Pages
11) Summary
12) Company Info
13) Credit Fundamtls
14) Debt Summary
15) Credit Health
16) Major Creditors
17) Recent Cap Mkts
18) Identifiers
19) Additional Info

Quick Links
31) BRC FI Rsch
32) RSKC Risk
33) DRSK BB Df Risk
34) CDSV CDS Curve
35) RELS Rel Secs
36) CACS Corp Acts
37) RVRD Rel Val

Identifiers

| | |
|---|---|
| BBID | 7326950 |
| BBGID | BBG001GSNS83 |
| GIIN | N.A. |
| LEI | 549300LYRWPSYPK6S325 |
| NACE | 64.19 |

61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2018 Bloomberg F
SN 455411 EST GMT-5:00 H433-3576-0 28-Dec-2018 11:41:40

Page
Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\ISS DES 8.png
FREMOR 8 ½ 04/15/25 Corp  Settings  Page 9/9  Security Description: Bond
94 Notes  95 Buy  96 Sell
19 Bond Description  20 Issuer Description

Pages
11) Summary
12) Company Info
13) Credit Fundamtls
14) Debt Summary
15) Credit Health
16) Major Creditors
17) Recent Cap Mkts
18) Identifiers
19) Additional Info

Quick Links
31) BRC FI Rsch
32) RSKC Risk
33) DRSK BB Df Risk
34) CDSV CDS Curve
35) RELS Rel Secs
36) CACS Corp Acts
37) RVRD Rel Val

Additional Company Information

Sanctions

| | |
|---|---|
| European Union | Unknown |
| Office of Foreign Assets Control Sectoral | Unknown |
| Office of Foreign Assets Control Full | Unknown |

61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2018 Bloomberg F
SN 455411 EST GMT-5:00 H433-3576-0 28-Dec-2018 11:41:51

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019*
*-All Rights Reserved-*



EXHIBIT MM
PAGE 18-32

CFLA
Certified Forensic Loan Auditors

**Security Description.**

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019*
*-All Rights Reserved-*



Certified Forensic Loan Auditors

## Financial Analysis



9891483Z US        $ Private Company

9891483Z US Equ 96) Actions · 97) Export · 98) Settings          Financial Analysis
Freedom Mortgage Corp                         Periods 24 Annuals     ·  Cur USD ·
1 Key Stats   2 I/S   3 B/S   4 C/F   5 Ratios   6 Segments   7 Addl   8 ESG   9 Custom
11 Benchmark   12 Contractual Obligations   13 Employee Data   14 As Reported Summary   15 I/S Chart   16 B/S Chart

| In Millions of USD except Per S... Y | 2010 Y | 2011 Y | 2012 Y | 2013 Y | 2014 Y | 2015 Y | 2016 Y | 2017 Y |
| 12 Months Ending | 12/31/2010 | 12/30/2011 | 12/31/2012 | 12/31/2013 | 12/31/2014 | 12/31/2015 | 12/30/2016 | 12/29/2017 |
|---|---|---|---|---|---|---|---|---|
| Return on Common Equity | 14.24 | 14.94 | 13.62 | 15.29 | 14.40 | 12.22 | 12.95 | 13.67 |
| Return on Capital | 6.39 | 7.17 | 6.77 | 7.90 | 7.65 | 6.56 | 6.81 | 7.37 |
| Operating Margin | 12.93 | 13.05 | 12.46 | 13.70 | 13.32 | 12.28 | 12.93 | 13.26 |
| Price/EPS | 15.41 | 13.43 | 14.39 | 17.46 | 18.32 | 18.79 | 20.54 | 21.74 |
| Price/Book | 2.17 | 2.05 | 2.14 | 2.58 | 2.82 | 2.77 | 2.92 | 3.26 |
| Periodic EV to Trailing 12... | 9.01 | 8.16 | 9.01 | 10.16 | 11.18 | 12.17 | 12.35 | 13.29 |
| Net Debt/EBITDA | 2.13 | 1.52 | 1.47 | 1.05 | 1.15 | 1.50 | 1.53 | 1.49 |

«‹   ‹   ›   »»
61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852
3201 8900        Singapore 65 6212 1000        U.S. 1 212 318 2000        Copyright 2018 Bloomberg F
                    SN 455411 EST   GMT-5:00 H433-3576-0 28-Dec-2018 11:50:23



9891483Z US        $ Private Company

9891483Z US Equ 96) Actions ·              · 98) Settings          Financial Analysis
Freedom Mortgage Corp                         Periodicity Annuals    ·  Cur USD ·
1 Key Stats   2 I/S   3 B/S   4 C/F   5 Ratios   6 Segments   7 Addl   8 ESG   9 Custom

There is no data available for this security on this template with the
current settings. Please change the ticker, the template, or your
function settings to view Financial Analysis data.

61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852
3201 8900        Singapore 65 6212 1000        U.S. 1 212 318 2000        Copyright 2018 Bloomberg F
                    SN 455411 EST   GMT-5:00 H433-3576-0 28-Dec-2018 11:50:03

CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019
-All Rights Reserved-



Certified Forensic Loan Auditors

## Financial Analysis (cont.)

```
Page
Screen saved as C:\Users\patron\Desktop\FREEDOM MORTGAGE\DES 12.png
FREMOR 8 ⅜ 04/15/25 Corp        Settings                    Page 1/9    Security Description: Bond
                                          94 Notes          99 Buy              90 Sell
19 Bond Description   10 Issuer Description
Pages                 5) Basic Information (98914832 US Equity ) | DES »
1) Summary            Freedom Mortgage Corporation operates as a mortgage  nder. The Company provides purchase,
12) Company Info      re-financing, and lending services for buying real estate. Freedom Mortgage serves customers in the
13) Credit Fundamtls  United States.
14) Debt Summary
15) Credit Health
14) Major Creditors
17) Recent Cap Mkts
18) Identifiers       Fundamental Highlights - USD
19) Additional Info   Current Market Capitalization
                      Tier-1 Ratio
Quick Links
33) BRC   FI Psch     Risk-Based Capital Ratio
32) RSKC  Risk        Total Capital
23) DRSK  BB Df Risk  Tangible Common Equity Ratio
14) CDSV  CDS Curve   7) Credit Rating | CRPR »
2) RELS   Rel Secs    Moody's
3) CACS   Corp Acts       Outlook                                    NEG         06/04/18
17) RVRD  Rel Val         Long-Term Corporate Family                 B1          01/30/17
                          Long-Term                                  B1          12/11/18
                          Senior Unsecured Debt                      B2          10/31/17
                      Standard & Poor's
1 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 85
3201 8900        Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2018 Bloomberg F
                      BN 455411 EST  GMT-5:00 H433-3576-0 20-Dec-2018 11:40:27
```

CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019
-All Rights Reserved-



EXHIBIT MM
PAGE 21-32

Certified Forensic Loan Auditors

## KEY EXECUTIVES OF BANK

**Mary Davenport, Executive Vice President of Freedom Mortgage Corporation.**

People Search | Advanced Search | Actions | People Profiles

Mary Davenport
Executive Vice President
9) Freedom Mortgage Corporation
212-897-9848 (o)
+1-917-817-7577 (m)
mary.davenport@freedommortga...

623 5th Ave
24th Flr
New York NY 10020, US

1 Views Today

Career
Current
Freedom Mortgage Corporation
Executive Vice President
04/2013-Present

Previous
RBS Securities Inc
06/2009-06/2012
Vertical Capital LLC
Partner/Portfolio Manager

Recent News | More »

41) Fcre Rel, Llc: ABS-15G 2015/12/31 EDG 02/16

1 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852
3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2018 Bloomberg F
SN 455411 EST GMT-5:00 H433-3576-0 28-Dec-2018 11:45:29

**Stanley C. Middleman, President / CEO Founder of Freedom Mortgage Corporation.**

People Search | Advanced Search | Actions | People Profiles

Stanley C Middleman
President/CEO/Founder
9) Freedom Mortgage Corp
+1-800-220-3333 (o)

907 Pleasant Valley Avenue
Suite 3
Mount Laurel NJ 08054, US

1 Views Today

Career
Current
Freedom Mortgage Corp
President/CEO/Founder

Boards & Memberships | More »
Cherry Hill Mortgage Investment ...
Chairman
10/2012-Unknown

Reported Holdings | More »

| Security | Position | Pos Chg | % Out | Mkt Val | Filing Date |
|---|---|---|---|---|---|
| 31) Cherry Hill Mortgage Inve... | 1,084,600 | 74,599 | 6.70 | 19.39M | 04/13/2018 |

Recent News | More »

| | | | |
|---|---|---|---|
| 41) | Bankrate Inc: Mortgage rate tops 5 percent, adding to afford... | COI | 10/10 |
| 42) | Freedom Mortgage Named To Inc. 5000 List Of Fastest Growin... | PRN | 09/25 |
| 43) | Zero Hedge: Even Mortgage Lenders Are Repeating Their 200... | BLG | 09/09 |
| 44) | Freedom Mortgage's Stanley C. Middleman To Speak At North... | PRN | 08/28 |
| 45) | FITCH UPGRADES FREEDOM MORTGAGE TO 'BB-'; OUTLOOK STAB... | FII | 06/08 |
| 46) | FITCH EXPECTS TO RATE FREEDOM MORTGAGE'S SENIOR UNSECU... | FII | 04/06 |
| 47) | Moody's affirms Freedom Mortgage's ratings, revises outlook... | BMP | 04/03 |
| 48) | Am Banker [Reg]: Looser capital rules could stabilize mortga... | AMR | 03/28 |
| 49) | Firms Making Predatory Mortgages to Veterans Face Crackdo... | BN | 12/17 |
| 50) | U.S. Cracks Down on Firms Making Predatory Mortgages to Ve... | BN | 12/17 |
| 51) | Ginnie Mae Clamps Down on Predatory Mortgages to Veterans... | BN | 12/17 |
| 52) | Ginnie Mae to Clamp Down on Predatory Mortgage Loans to V... | BN | 12/17 |

1 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852
3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2018 Bloomberg F
SN 455411 EST GMT-5:00 H433-3576-0 28-Dec-2018 11:46:02

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019*
*-All Rights Reserved-*



EXHIBIT MM
PAGE 22-32

Certified Forensic Loan Auditors

**Raymond Slater, Structured Products Trader of Freedom Mortgage Corporation.**

**John McNally, Senior Capital Market Analyst of Freedom Mortgage Corporation.**

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019*
*-All Rights Reserved-*



EXHIBIT _MM_
PAGE _23-32_

Certified Forensic Loan Auditors

**Simons Aldrich, of Freedom Mortgage Corporation.**



*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019*
*-All Rights Reserved-*



EXHIBIT MM
PAGE 24-32

Certified Forensic Loan Auditors

## CONCLUSION

# CHAIN OF TITLE IF SECURITIZED

**ARROW LEGEND**

PURPLE – MORTGAGE DOCUMENTS
BLUE – SECURITIES CERTIFICATES
RED – INVESTOR FUNDS
GREEN – BORROWER FUNDS

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019*
*-All Rights Reserved-*



EXHIBIT _MM_
PAGE _25 - 32_

Certified Forensic Loan Auditors

# MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) ANALYSIS

- The Mortgage has MIN number 1000730-0002095040-8 and is registered at the MERS SERVICER ID website https://www.mers-servicerid.org/sis/search showing HomeComings Financial, LLC as Servicer. with instructions to contact servicer for the stated investor.

- Although MERS records an assignment in the real property records, the promissory note which creates the legal obligation to repay the debt has not been transferred nor negotiated by MERS.

- MERS is never entitled to receive a borrower's monthly payments, nor is MERS ever entitled to receive the proceeds of a foreclosure or MORTGAGE sale.

- MERS is never the owner of the promissory note for which it seeks foreclosure.

- MERS has no legal or beneficial interest in the loan instrument underlying the security instrument for which it serves as "nominee".

- MERS has no legal or beneficial interest in the mortgage indebtedness underlying the security instrument for which it serves as "nominee".

- MERS has no interest at all in the promissory note evidencing the mortgage indebtedness.

- MERS is not a party to the alleged mortgage indebtedness underlying the security instrument for which it serves as "nominee".

- MERS has no financial or other interest in whether or not a mortgage loan is repaid.

Kinney - Page | 25

CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019
-All Rights Reserved-



Certified Forensic Loan Auditors

EXHIBIT _MM_
PAGE _26-32_

**The loan is _registered_ within the MERS database showing HomeComings Financial, LLC as Servicer, with instructions to contact servicer for the stated investor.**



The Mortgage Industry's Utility

**1 record matched your search:**

*Need help?*

MIN: **1000730-0002095040-8**          Note Date: **05/03/2002**          MIN Status: **Inactive**

Servicer:  HomeComings Financial, LLC                                    Phone: **(800) 766-4622**
           **Waterloo, IA**

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

Return to Search

For more information about Mortgage Electronic Registration Systems, Inc. (MERS) please go to www.mersinc.org

*Select borrower type and enter borrower information to see Investor for MIN 1000730-0002095040-8.*

• **Investor for Individual Borrower**

**The additional information you submitted is not found on the MERS® System for this MIN. Please contact the Servicer for more information.**

*Your entries may be either upper or lower case.*

*Fields marked ✱ are required.*

**Last Name:** Kinney

**SSN:**    -    -    ✱

*By checking this box, the borrower or borrower's authorized representative is attesting to the fact that he or she is in fact the borrower or borrower's authorized representative for the loan in question. Additionally, borrowers wishing to learn the identity of their loan's investor must confirm their identity by entering their last name or corporation name as well as their SSN or TIN. If this information does not match the information contained in the MERS® System for the borrower of the loan, the investor information will not be displayed. Borrowers should verify the results with their loan servicer. ✱*

Submit

**Investor for Corporation/Non-Person Entity Borrower**

Servicer:  HomeComings Financial, LLC                                    Phone: **(800) 766-4622**
           **Waterloo, IA**

Kinney - Page | 26

CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019
-All Rights Reserved-



EXHIBIT  _MM_
PAGE _27-32_

**Certified Forensic Loan Auditors**

ξ  For traditional lending prior to Securitization, the original Deed recording was usually the only recorded document in the Chain of Title. That is because banks kept the loans, and did not sell the loan, hence, only the original recording being present in the banks name.

The advent of Securitization, especially through "Private Investors" and not Fannie Mae or Freddie Mac, involved an entirely new process in mortgage lending. With Securitization, the Notes and Deeds were sold once, twice, three times or more. Using the traditional model would involve recording new Assignments of the Deed and Note as each transfer of the Note or Deed of Trust occurred. Obviously, this required time and money for each recording.

(The selling or transferring of the Note is not to be confused with the selling of Servicing Rights, which is simply the right to collect payment on the Note, and keep a small portion of the payment for Servicing Fees. Usually, when a homeowner states that their loan was sold, they are referring to Servicing Rights.)

ξ Securitizing a Loan

Securitizing a loan is the process of selling a loan to Wall Street and private investors. it is a method with many issues to be considered. The methodology of securitizing a loan generally followed these steps:

- A Wall Street firm would approach other entities about issuing a "Series of Bonds" for sale to investors and would come to an agreement. In other words, the Wall Street firm "pre-sold" the bonds.

- The Wall Street firm would approach a lender and usually offer them a warehouse Line of Credit. The Warehouse Credit Line would be used to fund the loan. The Warehouse Line would be covered by restrictions resulting from the initial Pooling & Servicing Agreement Guidelines and Mortgage Loan Purchase Agreement. These documents outlined the procedures for the creation of the loans and the administering of the loans prior to, and after, the sale of the loans to Wall Street.

- The Lender, with the guidelines, essentially went out and found "buyers" for the loans, people who fit the general characteristics of the Purchase Agreement. (Guidelines were very general and most people could qualify." The Lender would execute the loan and fund it, collecting payments until there were enough loans funded to sell to the Wall Street firm who could then issue the bonds.

-  Once the necessary loans were funded, the lender would then sell the loans to the "Sponsor", usually either a subsidiary of the Wall Street firm, of a specially created Corporation of the lender.  At this point, the loans are separated into "tranches" of loans, where they will be eventually turned into bonds.

- Next, the loans were "sold" to the "Depositor."  This was a "Special Purpose Vehicle" designed with one purpose in mind.  That was to create a "bankruptcy remote vehicle" where the lender or other entities are protected from what might happen to the loans, and/or the loans are "protected" from the lender.  The "Depositor" would be, once again, created by the Wall Street firm or the lender.

- Then the "Depositor" would place the loans into the Issuing Entity, which is another entity created solely for the purpose of selling the bonds.

Kinney - Page | 27

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019*
*-All Rights Reserved-*



Certified Forensic Loan Auditors

EXHIBIT MM
PAGE 28-32

- Finally, the bonds would be sold, with a Trustee appointed to ensure that the bondholders received their monthly payments.

ξ FREEDOM MORTGAGE CORPORATION DBA FREEDOM HOME MORTGAGE CORPORATION was a "correspondent lender" that originated mortgage loans. These loans, in turn, may have been sold and transferred into a "federally-approved securitization" trust.

ξ The written agreement that created any such securitized trust is a "Pooling and Servicing Agreement" (PSA), and is a matter of public record, available on the website of the Securities Exchange Commission. The Trust is also described in a "Prospectus Supplement," also available on the SEC website. The promissory note in this case became trust property in compliance with the requirement set forth in the PSA. The Trust agreement is filed under oath with the Securities and Exchange Commission. The acquisition of the assets of the subject Trust and the PSA are governed under the law.

ξ In view of the foregoing, the Assignment of Mortgage executed after the Trust's Closing Date would be a void act for the reason that it violated the express terms of the Trust instrument.

ξ The loan was originally made to FREEDOM MORTGAGE CORPORATION DBA FREEDOM HOME MORTGAGE CORPORATION and may have been sold and transferred to a securitized trust. There is no record of Assignments to either the Sponsor or Depositor as required by the Pooling and Servicing Agreement.

**DISCLAIMER**

This report was based exclusively on the documentation provided. It also required that we make reasonable assumptions respecting disclosures and certain loan terms that, if erroneous, may result in material differences between our findings and the loan's actual compliance with applicable regulatory requirements. While we believe that our assumptions provide a reasonable basis for the review results, we make no representations or warranties respecting the appropriateness of our assumptions, the completeness of the information considered, or the accuracy of the findings. The contents of this report are being provided with the understanding that we are not providing legal advice, nor do we have any relationship, contractual or otherwise, with anyone other than the recipient. We do not, in providing this report, accept or assume responsibility for any other purpose.

Kinney - Page | 28



**Certified Forensic Loan Auditors**

EXHIBIT __MM__
PAGE __29-32__

## AFFIDAVIT OF FACTS

STATE OF CALIFORNIA    )
                         ) sv.: AFFIDAVIT
COUNTY OF LOS ANGELES   )

**RE: Julie Ann Metcalf Kinney & William Kinney Jr**

I, MICHAEL CARRIGAN, a citizen of the United States and the State of California over the age of 21 years, and declare as follows, under penalty of perjury that the facts stated herein are true, correct and complete. The undersigned believes them to be true and admissible as evidence in a court of law, and if called upon as a witness, will testify as stated herein:

1. That I have been a subscriber of the Bloomberg Professional Service, certified and licensed to use such service. I have completed the required training and engaged in continuing education with Bloomberg both online and at Bloomberg live training events, to stay abreast with Bloomberg's latest progress and developments. I have the requisite knowledge and the trained ability to navigate and perform effective searches on the Bloomberg terminal.

2. I am a Certified Mortgage Securitization Auditor and my qualifications, expertise and experience provide me with the background necessary to certify the audit services and to be qualified as an expert in this field. I have produced approximately five thousand Securitized Analysis Reports in residential real estate mortgage investigation in 50 states, the District of Columbia and Puerto Rico, have testified as an expert witness, and have trained auditors in California, Florida, Nevada, New York, New Jersey and Virginia and via the Internet in webinar format. I have a Bachelor's degree with a concentration in Accounting in Business Administration from California State University, Fullerton; a Master's in Business Administration from the UCLA Anderson School of Management; and have had formal training and career experience in accounting; financial reporting; internal control; SEC reporting; financial planning and analysis; financial forecasting; initial public and secondary offerings; corporate tax; corporate finance; investment management; equity, fixed income and derivative securities; credit analysis; asset valuation; ethics; investment advisory services including Series 7 and 66 licensing; real estate investment; real estate finance; real estate principles; redevelopment; government accounting; and procurement.

3. I have the trained skills and qualifications to navigate and perform searches on the Bloomberg terminal in regards to the automated tracking and determination of mortgage and loan related documents and information.

4. The contents of this report are factual, but it is provided for information purposes only and is not to be construed as "legal advice."[1]

---

[1]The client has been strongly advised to seek legal consultation from a competent legal professional in connection with the contents of this report and how to properly use it.

Kinney - Page | 29

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019*
*-All Rights Reserved-*



**Certified Forensic Loan Auditors**

5. On December 31, 2018, I researched the Bloomberg online Database results at the request of JULIE ANN METCALF KINNEY & WILLIAM KINNEY JR whose property address is 4406 N. Mississippi Avenue. Portland. OR 97217.

6. Based on the information I was provided. JULIE ANN METCALF KINNEY & WILLIAM KINNEY JR signed a Promissory Note in favor of Freedom Mortgage Corporation DBA Freedom Home Mortgage Corporation on May 3, 2002.

7. Loan level detail was not identified in any publicly reporting trust. No trust was identified meeting the qualifications for securitization.

8. The basis of the identification of Loan was made from the following factors/information that exactly correspond with JULIE ANN METCALF KINNEY & WILLIAM KINNEY JR'S loan documents provided: Original Amount: $96,300.00; Origination Date: May 3, 2002; Location of Property: OR; Property Type: Single-family; Occupancy: Owner Occupied; Zip Code: 97217.

By:

Michael Carrigan
Certified Mortgage Securitization Auditor / Bloomberg Specialist

CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019
-All Rights Reserved-



**Certified Forensic Loan Auditors**

EXHIBIT _MM._
PAGE _31-32_

**RE: Julie Ann Metcalf Kinney & William Kinney Jr report dated December 31, 2018**

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**            **CIVIL CODE § 1189**

A Notary public or other completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA        )
                           ) sv.: **AFFIDAVIT**
COUNTY OF LOS ANGELES  )

On 4 JAN , 2019 before me. ___JAVIER    MOTA___
                                              (Notary Public)

personally appeared **Michael Carrigan,** who proved to me on the basis of satisfactory evidence to be the man whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person. or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTYOF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**JAVIER MOTA**
**COMM. # 2266898**
**NOTARY PUBLIC-CALIFORNIA**
**LOS ANGELES COUNTY**
**MY COMM. EXP Dec 13, 2022**

Signature _____ (Seal)

My commission Expires  12 / 13 / 2022

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019*
*-All Rights Reserved-*

Kinney - Page 31



**Certified Forensic Loan Auditors**

## EXHIBIT I

### Transaction History Report

**4406 N Mississippi Ave, Portland, OR 97217-3137**
APN: R223416

Multnomah County Data as of: 12/21/2018

**Current Owner: Urban Housing Development LLC**

Vesting:
2018 - Present

#### CONVEYANCES

| Date | Rec Date | Verified Price | Type | Title Company | Buyer | Seller | Document # |
|------|----------|----------------|------|---------------|-------|--------|------------|
| 1/01 2018 | 1. 06 2018 | | | Not Available | Urban Housing Development C | Rail City Capital Of Oregon LLC | 2018 1 5203 |
| 10-25-2018 | 1./06/2018 | $260 000 | | None Available | Urban Housing Development LLC Rent lly Capital O F Oregon LLC | Kinney JR William | 2018 1. 5202 |

**Prior Owner: Kinney Julie A / Kinney William**

2002 - 2018

#### LIENS

| Date | Type | Verified Amount | Borrower | Lender | Loan Type | Type / Term | Rate | Document # |
|------|------|-----------------|----------|--------|-----------|-------------|------|------------|
| 01 | Release | | | | | | | |
| 07 1 2017 | Trust Deed Mortgage | $ 00 | Kinney William JR K Julie A | Oregon Affordable Hsng | Conventional 5 Years | | | 2017 83765 |
| 03 17/2004 | Trust Deed/Mortgage | $126,524 | Kinney Julie A Kinney W I am | Benefic al Oregon | Conventional F x | | | 2004.43211 |
| ^ 05/11/2017 | Assignment | | Kinney Wil am JR & A M | Mtge Electr LP | | | | 2017 57440 |
| ^ 03 18 | Assignment | | W lliam Kinney JR Julie And Kinney As Tenants BY The Entr | U S Bank National Association Not In Its Individual Capac | | | | 2018 155 |
| ^ 06-12/2018 | Notice Of Default | | Kinney JR William Merca Kinney Julie A | US Bank Trust NA | | | | 2018 62157 |
| 06/17/2002 | Trust Deed/Mortgage | $96,300 | Kinney Julie A / Kinney William | Freedom Mortgage | Conventional Var / | | | 2002.106872 |
| 02/05/2001 | Trust Deed/Mortgage | $55 00 | Kinney Julie A K Kinney Will am | US Bank NA ND | Conventl Fix | | | |
| 04 29 1997 | Trust Deed/Mortgage | $17 00 | Kinney W I am | Oregon Central C | Conventio Var | | | 997 6 2195 |

First American Title www.datatree.com

Line 7. Related to active primary loan and noted in body of report.

Kinney - Page | 32

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2019*
*-All Rights Reserved-*