EXHIBIT NN
PAGE 1-16

## CERTIFICATE OF SERVICE

I, Wren Doggett , certify under the penalty of perjury from without the "United States" and from within the "United States of America" a foreign sovereign pursuant 28 U.S.C. § 1746(1) and 28 U.S.C. §1605, that on 12 31 18 , I served the foregoing documents via electronic service and/or U.S postal service certified mail return receipt:

1. QUIT CLAIM DEED (ALLODIAL ABORIGINAL PARAMOUNT CLEAR PERFECT TITLE OF CONVEYANCE/TRANSFER OF HEREDITAMENTS CORPOREAL AND INCORPOREAL) DATED DECEMBER 24TH, 2018

BY HAND: _____, MAIL:XXX, ELECTRONIC SERVICE: __

To: MTGLQ INVESTORS, L.P.
GOLDMAN SACHS
Kevin H. Kono
1300 SW 5TH Avenue, Suite 2400
Portland, OR 97201-5610

BY HAND:_____, MAIL:XXX, ELECTRONIC SERVICE: __

To: US BANK NATIONAL ASSOCIATION
RUSHMORE LOAN MANAGEMENT SERVICES MORTGAGE ELECTRONIC REGISTRATION SYSTEM
Tom Purcell
117 SW Taylor Street, Suite 200
Portland, Oregon 97204

BY HAND: _____, MAIL:XXX, ELECTRONIC SERVICE: _____

To: URBAN HOUSING DEVELOPMENT
Terrance J. Slominski
7100 SW Hampton, Suite 101
Tigard, Oregon 97223

BY HAND: _____, MAIL: XXX , ELECTRONIC SERVICE: _____

To: CLEAR RECON CORPORATION
Steven W Pite, PRESIDENT
4375 Jutland Drive
San Diego, California, 92177

BY HAND: _____, MAIL:XXX ,ELECTRONIC SERVICE: _____

To: BARRISTER SUPPORT SERVICES
Terry Sheldon
11349 SW 60th Avenue,
Portland, Oregon 97219

BY HAND: _____, FIRST-CLASS MAIL:XXX ,ELECTRONIC SERVICE: _____

CC To:  OFFICE OF THE GOVERNOR
Kate Brown
900 Court Street NE, Suite 254
Salem, Oregon  97301

BY HAND: _____, FIRST-CLASS MAIL:XXX ,ELECTRONIC SERVICE: _____

CC To:  OFFICE OF THE SECRETARY OF STATE
Dennis Richardson
900 Court Street NE, Capitol Room 136
Salem, Oregon  97310

BY HAND: _____, FIRST-CLASS MAIL:XXX ,ELECTRONIC SERVICE: _____

CC To:  OFFICE OF THE ATTORNEY GENERAL
Ellen Rosenblume
1162 Court Street NE,
Salem, Oregon  97301

BY HAND: _____, FIRST-CLASS MAIL:XXX ,ELECTRONIC SERVICE: _____

CC To:  OFFICE OF THE MAYOR
Ted Wheeler
1221 SW 4th Avenue, Room 340
Portland, Oregon  97204

BY HAND: _____, FIRST-CLASS MAIL:XXX ,ELECTRONIC SERVICE: _____

CC To:  MULTNOMAH COUNTY CLERK
501 SE Hawthorne Blvd, #158
Portland, Oregon  97214

BY HAND: _____, FIRST-CLASS MAIL:XXX ,ELECTRONIC SERVICE: _____

CC To:  MULTNOMAH COUNTY SHERIFFS OFFICE
Mike Reese
501 SE Hawthorne Blvd, Suite 350
Portland, Oregon  97214

BY HAND: _____, FIRST-CLASS MAIL:XXX ,ELECTRONIC SERVICE: _____

CC To:  Archdiocese of Portland in Oregon
Peter Leslie Smith
2838 East Burnside St,
Portland, Oregon  97214

CERTIFICATE OF SERVICE Page 2 of 3

BY HAND: _____, FIRST-CLASS MAIL:<u>XXX</u> ,ELECTRONIC SERVICE: _____

CC To: SSKTR CHIEF CUSTODIAL MINISTER
William IV, Indigo and Maximillion from the House of KRME
Lingonstigen, #7
Ljungby, Sweden [34135]

_____Wren Doggett_____
PRINT NAME

_____(signature)_____              dated __12|31|18__
SIGNATURE
ALL RIGHTS RESERVED, DROIT.

**Signature made parallel to UCC 1-308, 2-211, 2-213**
UCC §2-211 Legal Recognition of electronic contracts, records, and signatures; (1) A record or signature may not be denied legal effect or enforceability solely because it is in electronic form. UCC § 2-213 Electronic communication (1) If the receipt of an electronic communication has a legal effect, it has that effect even if no individual is aware of its receipt.

EXHIBIT _____
PAGE   4 - 16

**RECORDING COVER SHEET (Please Print or Type)** this cover sheet was prepared by the person presenting the instrument for recording. The information on this sheet is a reflection of the attached instrument and was added for the purpose of meeting first page recording requirements in the State of Oregon, ORS 205.234, and does NOT affect the instrument.

AFTER RECORDING RETURN TO:

William X Nietzche
c/o 4406 N. Mississippi Ave
Portland, Oregon [97217]

SEND TAX STATEMENTS TO:

Same as above

Multnomah County Official Records
E Murray, Deputy Clerk

2018-132167

||||||||||||||||||||||||||||||
0223482420180132167013 0136

$142.00

12/26/2018 09:51:45 AM

1R-QC DEED                 Pgs=13 Stn=11 HAK
$65.00 $11.00 $60.00 $6.00

TITLE(S) OF THE TRANSACTION(S) ORS 205.234(a)

Quit Claim Deed

DIRECT PARTY(S) -- (i.e., DEEDS: Seller/Grantor; MORTGAGES: Borrower/Grantor; LIENS; Creditor/Plaintiff)
ORS 205.125(1) (b) and 205.160

X Grantors are : William Kinney Jr and
Julie Metcalf Kinney

INDIRECT PARTY(S) -- (i.e., DEEDS: Buyer/Grantee; MORTGAGES: Beneficiary/Lender; LIENS: Debtor/Defendant)
ORS 205.125(1) (a) and 205.160

Grantee : William X Nietzche (Solely as Trustee for
KRME International Trust)!

TRUE AND ACTUAL CONSIDERATION- (Amount in dollars or other) ORS 93.030(5)

$ 21 Silver dollars / .999 Silver Bullion

JUDGMENT AMOUNT- (obligation imposed by the order or warrant) ORS 205.125(1) (c)

$ _____

If this instrument is being Re-Recorded, complete the following statement, in accordance with ORS 205.244:

"RERECORDED AT THE REQUEST OF William Kinney Jr and Julie Kinney
TO CORRECT Real Property : 4406 North Mississippi Street
Portland, Oregon Republic USA
PREVIOUSLY RECORDED IN BOOK/PAGE/FEE NUMBER _____


EXHIBIT __NN__
PAGE __5-16__



S.S.K.T.R

-Quitclaim deed-

**Allodial Aboriginal Paramount Clear Perfect Title of Conveyance/
Transfer of Hereditaments Corporeal and Incorporeal**

**To**

**Private Trust**

**Avoval as Amended-Curative Affidavit**

**Kinney-Ross-Metcalf-Enick, Ecclesiastical Int., Trust (KRME Intl. Trust)**

Qui Providet Sibi Providet Heredibus

IMPERIUM: IN PERPETUUM REI TESTIMONIUM: IN RE: CURATIVE TITLE

Nature of the instrument to, 'Curator Status of Allodial title, 'Estate Descriptio; including:
IMPERIUM: The Incorporation of International Law et. seq. / Act of State, - Republic – Inter
Alia; Ecclesiastical Maxims, Prerequisite for Fee exemptions (immunitus)/ Enforcement of
International Constitutional Treaty – 1786, 1787, 1836 Treaty of Peace and Friendship Title 26
U.S.C et. seq.; 1941 International Organization Immunities Act, codified at Title 22 U.S.C.
Subsection 288; USUFRUCT: Non-Obligatory Federal Tax Exemption; United States of
America Constitution Article I Section II Clause III; Incorporated with Letter of 'Conveyance
Antecedent Contemporanea Exposito' (This day December 24th, 2018 - 1437 M.C.Y.) Executed
by: William X Nietzche; Mickey; Jewel; Chele; Philo (hereinafter referred to collectively as
Tribal Council); and herein conveyed to: Kinney-Ross-Metcalf-Enick Int., Trust – International
Organization Ecclesiastical Body (hereinafter referred to as KRME Intl. Trust).

EXHIBIT    N N
PAGE    6 - 16

Trustor and Heir – Executive Beneficiary: William X Nietzche [ In Propria Persona, Sui Juris and Sui Hæredes, In Solo Propria] [Trustor; Curator; Allodial Proprietor; Jus Corporeal Hereditaments; Pro Possessore] of the Salishan Empire – Nation State; Salish American National; 'Free White Person'; Northwest Amexum / Northwest Africa / North America / 'The North Gate' / 'Turtle Island'.

Heir – Co-Beneficiary: Mickey [ In Propria Persona, Sui Juris and Sui Hæredes, In Solo Propria] [Trustor; Curator; Allodial Proprietor; Jus Corporeal Hereditaments; Pro Possessore] of the Salishan Empire – Nation State; Salish American National; 'Free White Person'; Northwest Amexum / Northwest Africa / North America / 'The North Gate' / 'Turtle Island'.

Heir – Co-Beneficiary: Jewel [ In Propria Persona, Sui Juris and Sui Hæredes, In Solo Propria] [Trustor; Curator; Allodial Proprietor; Jus Corporeal Hereditaments; Pro Possessore] of the Salishan Empire – Nation State; Salish American National; 'Free White Person'; Northwest Amexum / Northwest Africa / North America / 'The North Gate' / 'Turtle Island'.

Heir – Co-Beneficiary: Chele [ In Propria Persona, Sui Juris and Sui Hæredes, In Solo Propria] [Trustor; Curator; Allodial Proprietor; Jus Corporeal Hereditaments; Pro Possessore] of the Salishan Empire – Nation State; Salish American National; 'Free White Person'; Northwest Amexum / Northwest Africa / North America / 'The North Gate' / 'Turtle Island'.

Heir – Co-Beneficiary: Philo [ In Propria Persona, Sui Juris and Sui Hæredes, In Solo Propria] [Trustor; Curator; Allodial Proprietor; Jus Corporeal Hereditaments; Pro Possessore] of the Salishan Empire – Nation State; Salish American National; 'Free White Person'; Northwest Amexum / Northwest Africa / North America / 'The North Gate' / 'Turtle Island'.

All 'Rights of Claims' are, in fact, relative to 'Allodial Aboriginal Paramount Clear Perfect Title'; also, Jus Soli; Jus Sanguinis; Jus Postlimini; Jus In Re Propria; Jus Recuperandi; Right of Claim to my/Our 'Inheritance' – being the Ancestral Lands / Hereditaments / Estate of the Salishan Empire/ Salish Nation / Estate of the Moroccan Empire / Moorish Nation / My 'Right of Claim' has been, and is hereby, made known to the 'General Public' and made known to 'Private Persons'; given timely opportunity for any valid and verifiable rebuttal, or 'Notice', or affirmative objection, or verified 'Claim' to the contrary of the 'Right of Claim' made herein.

Conveyance / Reversioner(s) : I/We, William X Nietzche, with the assistance of Tribal Council (Ministerial Authority), do declare, proclaim, make known and Assert Unalienable and Substantive Rights, and my/Our proper person(s) Salish / Moorish American National Status – being of a [General & Permanent Character [ Title 22 chapter 2 section 141] AA-222141 – TRUTH A – 1 ] In Heirship allegiance with the ancient customs and traditions of my/Our ancient, archaic Fore-Mothers and Fore-Fathers, immemorially, asserting my/Our descendible Status Acquisition by birthright; Natural Heir; Free Holder by birthright; Natural Possession; Right of 'Allodial Aboriginal Paramount Clear perfect Title' by descent, consanguineous; Being

EXHIBIT __NN__

PAGE __7 - 16__



Heir Executive to the / my Ancestral Estate of the Salishan / Moroccan Empire, - Northwest Amexum / North America / Northwest Africa / 'The North Gate' / 'Turtle Island'.

Location / Coordinates – Private Territorial Property: - 45 Degrees 33 Minutes 18 Seconds NORTH, 122 Degrees 40 Minutes 30 Seconds WEST: c / o 4406 North Mississippi Avenue Portland Oregon State Republic North America Territory – zip exempt [97217] Private, Non-residential, Non-Commercial, Non-Domestic, Non-Subject. I/We, William X Nietzche, am the Allodial Possessor, Natural Heir / Beneficiary, Natural Born Free Holder by birthright, to the Organic Territorial land / Estate of the Salishan / Moroccan Empire; Geographically comprised of organic lands, - Northwest Amexum / North America, South America, Central America and the adjoining Islands. Affirmatively, the same is hereby made known to the 'General Public' and identified in the pre-existing Treaty of Peace and Friendship between the United States of America (Republican form of Government) and the Moroccan Empire, 1786, 1787, and 1836. Internationally, the Treaty of Peace and Friendship is also known as, the 'Treaty of Amity and Commerce'. By Divine Right and by Natural Law, my/Our Salish / Moorish Descent Right of Claims are rooted in my/Our consanguinity; by my/Our National Lineage and allegiance; - being the true Aboriginal and Indigenous Native(s) to the Land / Territories (Amexum / America); and with honor, positively supported by the nature of, the 'Common Law'.

### Description – Location of Private Heir Property; Land / Estate:

Private Property / Estate, being that which is aggregately – located on the Allodial soils of the Salishan / Moroccan Empire, Northwest Amexum / North America; - being all that certain land or piece of ground, conjoined with the building(s) and the improvements erected thereon; allative hereditaments and appurtenances, Beginning at a point on the southern side of Mississippi Avenue – 45 degrees 33 minutes 18 seconds North, 122 degrees 40 minutes 31 seconds West, to a distance of 50 feet Northerly, to a point 45 degrees 33 minutes 18 seconds North, 122 degrees 40 minutes 30 seconds West, to a distance of One Hundred feet Easterly, to a point, 45 degrees 33 minutes 18 seconds North, 122 degrees 40 minutes 30 seconds West, to a distance of Fifty feet, onto the land Southerly, to a point 45 degrees 33 minutes 18 seconds North, 122 Degrees 40 Minutes 31 Seconds West, to a distance of One Hundred feet Westerly, to the former 45 degrees 33 minutes 18 seconds North, 122 degrees 40 minutes 31 seconds West. Contemporarily BEING corporately – designated as, or known as 4406 North Mississippi Avenue / LOT 6, BLOCK 1, MULTNOMAH, IN THE CITY OF PORTLAND COUNTY OF MULTNOMAH AND STATE OF OREGON; APN: R222416 // 1N1E22CA -03100.

The above, corporately designated, Private Property – with Location described for the 'Public Record' only, shall forever be noted as 'Distinguished from the rightfully – acknowledged reversionary – claimed, and accepted 'Heirship' and 'Private Right of Claim of Estate and Hereditaments' of and by the Heir(s); - Adjacent: Portland, Oregon State Republic, North America Territory.

EXHIBIT __NN__

PAGE __8 - 16__



Quitclaim Deed / Conveyance of Allodial Aboriginal Paramount Clear Perfect Title, Executed this Twenty Fourth (24th) day of December, Two-Thousand and Eighteen (2018 – 1418 M.C.Y) by: William X Nietzche, Mickey, Jewel, Chele, and Philo, collectively, Tribal Council (Ministerial Authority).

Mailings and communications usage of post office address displays c/o 4406 North Mississippi Avenue Portland, Oregon State Republic [97217] [Non-Domestic, Non-Residential, Non-Subject.]

In honor with Natures God and Natures Law; Jus Naturale, I/We, William X Nietzche, with assistance of Tribal Council (Ministerial Authority) for the Salish Sqájət K'ʷabacábš Tribal Republic® - (SSKTR®), do hereby, officially and 'publicly' claim Our ancestral estate.

Whereas, Edward Jamir, EDWARD JAMIR; Steven W. Pite, STEVEN W. PITE; John D. Duncan, JOHN D. DUNCAN; et. al., all other parties, agents and or actors operating through and under the foreign private corporation, CLEAR RECON CORP located c/o 111 SW Columbia Street #950, PORTLAND, OREGON, and c/o 4375 Jutland Drive #200, SAN DIEGO, CALIFORNIA [92177], to include Wayne S. Savage, WAYNE S. SAVAGE (TRESPASSOR); et.al. all other parties, agents and or actors operating through and under the foreign private corporation, BARRISTER SUPPORT SERVICES located c/o 11349 SW 60th Avenue, PORTLAND, OREGON [97219]; Terry Smith, TERRY SMITH; Tom Walsh, TOM WALSH, et. al., all other parties, agents and or actors operating through and under the foreign private corporation, RUSHMORE LOAN MANAGEMENT SERVICES, LLC, located c/o 15480 Laguna Canyon Road, IRVINE, CALIFORNIA [92618]; and Roman Ozeruga, ROMAN OZERUGA; Terrance Slominski, TERRANCE SLOMINSKI; et. al., URBAN HOUSING DEVELOPMENT located c/o 5305 River Road N #B [97303] and RAIN CITY CAPITAL OF OREGON, LLC located c/o 1905 NW 169th Place STE 100-B; and Richard K. Davis, RICHARD K. DAVIS, Tom Purcell, TOM PURCELL; et. al., all other parties, agents and or actors operating through and under the foreign private corporation, U.S. BANK TRUST NATIONAL ASSOCIATION, REO TRUST 2017-RPL1 c/o 101 5th Street East, ST. PAUL, MN [55107]; and Biff Rogers, BIFF ROGERS, Kevin Kono, KEVIN KONO; et. al., all other parties, agents and or actors operating through and under the foreign private corporation, GOLDMAN SACHS & COMPANY c/o 200 West Street 29th floor NY, NY [10282]; are acting as 'Feudal Lords' and escheating my ancestral estate. I, being a competent heir, In Solo Proprio, Ipso Facto, Ipso Jure, in harmony with nature, do hereby rightfully demand that the 'Trustee'(s) De Son Tort: Edward Jamir, EDWARD JAMIR; Steven W. Pite, STEVEN W. PITE; John D. Duncan, JOHN D. DUNCAN; Terry Smith, TERRY SMITH; Tom Walsh, TOM WALSH; Roman Ozeruga, ROMAN OZERUGA; Terrance Slominski, TERRANCE SLOMINSKI; Richard K. Davis, RICHARD K. DAVIS; Biff Rogers, BIFF ROGERS; Kevin Kono, KEVIN KONO, et. al., all other parties, agents and or actors operating through and under the before mentioned foreign private corporation(s) surrender, remiss, release and forever Quitclaim all hereditaments

EXHIBIT NN

PAGE 9-16



corporeal and incorporeal to me/We, William X Nietzche, Mickey, Jewel, Chele, and Philo, collectively Tribal Council, the Natural Heir(s), Rightful Heir(s) Apparent, Heir(s) at Law, Heir(s) General – All Land / Estate and Resources; geographically located: 45.555230. – 122.675304, 45`33'18"North, 122`40'31"West, commonly corporately referred to as c/o 4406 N. Mississippi, Portland zip exempt [97217] Oregon State Republic North American Territory.

This claim and transfer of hereditaments invokes the Tribal Council's Unalienable / Inalienable secured divine Right of Entry, Right of Possession, Rights of Property and the like. This Notice / Inheritance claim and restoration of birth right is supported, sworn, affirmed and verified by:

A) *Treaty of Peace and Friendship (Treaty of Amity and Commerce) 1786, 1787, 1861*
B) *Universal Declaration of Human Rights – United Nations*
C) *FREE MOORISH-AMERICAN ZODIAC CONSTITUTION: (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al, Article two (2) Paragraph two (2)*
D) *United State Department of Justice: Moorish American Credentials:** AA222141 – Truth A-1** This number refers to: The Code of the Laws of the United States of America of a general and permanent character in force January 3 1935 1934 edition. Title 22: Foreign Relations and Intercourse page 954 Chapter 2: Consular Courts Section 141: Judicial authority generally.*
E) *United States Supreme Court; SUPREME LAW –Acts of State*
F) *The Constitution for the United States of America, The Republic*
G) *House Joint Resolution Number SEVENTY FIVE (75): Dated April 17, 1933 A.D. 1933-LEGISLATIVE JOURNAL – HOUSE – PAGE 5759*
H) *Declaration on the Rights of Indigenous Peoples – United Nations*
I) *Executive Order: 13107 Implementation of Human Rights Treaties*
J) *Salish Sqájət K'ʷabacábš Tribal Republic®-(SSKTR®) Constitution*

Furthermore, if this Quitclaim Deed / Transfer of Hereditaments Corporeal and Incorporeal / Allodial Title is not challenged within Twenty one (21) days, by a lawfully competent party, supported by documents, affirmed national identification of 'person'; and having produced on record any and all valid and provable, claim, liens, or equitable interests, filed in a competent jurisdiction for a lawfully valid Action / Claim by a provable Article III Court of Original Jurisdiction. Then the above described land / estate and property shall be held in allodium by: William X Nietzche, Mickey, Jewel, Chele, and Philo, collectively Tribal Council, the Natural Heir(s), Rightful Heir(s) Apparent, Heir(s) in Law, Heir(s) General; such Quitclaim Deed / Transfer of Hereditaments Corporeal and Incorporeal henceforth shall be forever considered Perfected in the name of the Creator Allah The Great Architect of the Universe, and stand as evidence that this Allodial Paramount Title is held in Allodium by: William X Nietzche, Mickey, Jewel, Chele, and Philo, collectively Tribal Council – Any and all future claims against this Land / Property / Estate shall be forever null and void of law.

EXHIBIT ___NN___

PAGE ⊕ 10-16



**Notice to the agent is notice to the principle – Notice to the principle is notice to the agent**

**U.C.C. 1-202**

**Affirmation**

*Now Know Ye All,* Parallel to 28 USC §1746(1), I, William X Nietzche, who is the legal and lawful custodian of customer name/account, Ex-Relatione: WILLIAM KINNEY III© #XXXXX3190, do hereby certify and affirm, under penalties of perjury to the foregoing, and that I am of lawful age (*sui juris*) and competent and knowledgeable to the Substantial facts stated herein, and as such have affixed My Signature and seal at the place of My respective territory, and at the date expressed under My Signature respectfully, and for the purposes herein stated. This claim and testimony is an extension of my right to contract guaranteed parallel to Article 1, Section 10 of the Constitution for the United States of America Republic and may not be interfered with by any court of a State of the Union or of the United States or of the United Kingdom.

**Affidavit**

Upon my inherited status I, William X Nietzche, ex relatione: WILLIAM KINNEY III©, being a descendant of The ancient Salish Peoples and the Moabites in other respects known as Al Moroccan – Moor, standing squarely affirmed upon my Oath to the 'Five Points of Light' – Love, Truth, Peace, Freedom, and Justice; Being competent (in My Own Proper Person) to Attest to this Affidavit upon which I place my Signature; Whereas I State, Proclaim, and Declare the following to be true, correct, not misleading, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose.

Qui Jure Suo Utitur, Nemini Facit Injuriam.

I AM: _____

Authorized Representative: Ex-relatione WILLIAM KINNEY III©, A Free Salish / Moorish American National, Natural Person, Aboriginal / Indigene, In Propria Persona, Sui Juris, and Sui Heredes – In Solo Proprio.

Non-negotiable autograph under seal- All Rights Reserved and Retained; U.C.C. 1-308; Without Prejudice

Executed Date: Kin 60 Yellow Galactic Sun, 15,104 A.C. [December 24th, 2018]

EXHIBIT ___N/N___

PAGE⊕ __11-16__



**This tribal document was executed in/at:** Salish Sqáǰət K'ʷabacábš Territory, North-West Amexum [Oregon Territory; Washington Republic; Oregon Republic; united states of North-America Republic] *jure divino emperii gentium;* All Rights Reserved, Droit.

**Attestation**

*Now Know Ye All,* that We, the undersigned, pursuant to the laws of the Salish Sqáǰət K'ʷabacábš Tribal Republic®-(SSKTR®) Constitution; and Deuteronomy 19:15, do hereby attest that the foregoing Signatures and Seals are true and genuine, and as such, We have affixed our Signatures and Seals in good faith, at the places of our respective territories, and at the date expressed under our Signatures respectively, in witness thereof, and upon the principles of; LOVE, TRUTH, PEACE, FREEDOM AND JUSTICE.

*Deuteronomy 19: 15 (excerpt) to wit: "at the mouth of two witnesses, or at the mouth of three witnesses, shall the matter be established."* Electronic Signatures made parallel to UCC §1-201(b)(37), 3-401(b), 1-308, 2-211.

**Beneficiary/Witness:** /s/  *Julie-ann: Metcalf-Kinney*

Ministerial Authority, Heir un-conditional, Bidder in Equity, All Rights Reserved, Droit; Ex-relatione: JULIE ANN METCALF KINNEY© #XXXXX6937.

Executed Date: Kin 60 Yellow Galactic Sun, 15,104 A.C. [December 24th, 2018]

ACKNOWLEDGEMENT
State OF OREGON       )
County of MULTNOMAH   ) ss
On this __24TH__ day of : __December__ 2018, before me, Omar Valencia-Ortiz , a Notary Public in and for said state, personally appeared : Julie A Metcalf-Kinney/william Kinney III , whose name is subscribed to the within instrument, and ACKNOWLEDGED to me that S/he, the living woman, executed the same and that by her signature on this document, the living wo/man executed the instrument freely to the best of her knowledge.

WITNESS my hand and seal: _____

Signature of Notary Public, Independent Third Party Federal Witness

OFFICIAL STAMP
**OMAR VALENCIA-ORTIZ**
NOTARY PUBLIC-OREGON
COMMISSION NO. 975821
MY COMMISSION EXPIRES JUNE 13, 2022



Issuing Authority: SSKTR®

**Page 7 of 12**

EXHIBIT _____NN_____

PAGE ⊕ 12-16

CC:

Office of the Governor; Kate Brown

Office of the Secretary of State; Dennis Richardson

Office of the Attorney General; Ellen Rosenblume

Office of the Mayor; Ted Wheeler

Multnomah County Clerk;

Multnomah County Sheriff Office; Mike Reese

Archdiocese of Portland in Oregon; Peter Leslie Smith

SSKTR; Chief Custodial Minister

### Consideration

Before the year 1913 – 1933 M.C.Y. most American owned clear – Perfected – Allodial Titles to their Property – Estate, clear of any and all liens and mortgages [Dead Pledges] until the Federal Reserve Act wherein the 'Federal Government' "Hypothecated" all present and future properties, assets and labors of the 'Artificial Person' – U.S. 14th Amendment citizen.  Providing mandate for all Inferior Roman Cestui Que Vie Trusts and Escheaters to administer over the Ancestral Estates of True American Salish – Al Moroccan Heirs.

**Canonum de Ius Positivium 1655** – As Roman Time is hereby rendered null and void, all claimed authority, power, right and influences derived from this system is also hereby rendered null and void.

**Canonum de Ius Positivium 1861** – Realty can only exist in one Superior Trust at any time and is dependent upon the existence of an associated True Trust holding true objects and concepts as well as associated Divine Trust. Realty can never exist in an Inferior Trust.

**Canonum de Ius Positivium 1539** – An Inferior Document is any document issued by an Inferior Person such as a Roman Person or Inferior Juridic Person. No Inferior Document may ever be allowed to claim superiority over a General Document, Ordinary Document, Superior Document or Supreme Document.

**Canonum de Ius Positivium 1957** – All Estates formed under Roman Law are by definition formed under Testamentary Trusts, whether or not such structure or status is acknowledged. Therefore, all Estates belong to Inferior Trusts.

**Canonum de Ius Positivium 1956** – By definition, an Inferior Trust is inferior to a Superior Trust.  Therefore, an Inferior Trust can never hold Real Property being first right of use above all

EXHIBIT _NN_

PAGE _13-16_

others.  Therefore, any such claims of superior title, real property by any Inferior Trust defies all norms of logic and reason and are automatically null and void form the beginning.

**Canonum de Ius Positivium 1920** -  Any claim that an Inferior roman Trust possesses superior standing and rights of ownership compared to a Superior Trust, or True Trust is an absurdity against Divine Law, Natural Law and Positive Law and therefore is null and void from the beginning, including any associated covenants, deeds and agreements concerning property rights and lessor trusts.

**Canonum de Ius Positivium 2057** – Any Administrator or Executor that refuses to immediately dissolve a Cestui Que (Vie) Trust, upon a Person establishing their status and competency, is guilty of fraud and fundamental breach of their fiduciary duties requiring their immediate removal and punishment.

**Canonum de Ius Positivium 1848** – When the rightful owner of certain property is also a holder of an instrument, then such possession of the document also represents their proof of ownership, consent and agreement to the validity of the rules by which the instrument was issued, as well as surety to any associated obligations, without physical need to demonstrate possession.

**CHEATERS, or ESCHEATORS,** "a cheater came to signify a fraudulent person, and thence the verb to cheat was derived.   Wharton." – Black's Law Dictionary 4th Edition Page. 300

**ESCHEAT,** "In feudal law, Escheat Is an obstruction of the course of descent, and consequent of determination of the tenure, by some unforeseen contingency, in which case the land naturally results back, by a kind of reversion, to the original grantor, or lord of the fee." **2 Bl. Comm. 15; Wallace v. Harmstad, 44 Pa. 501; Marshall v. Lovelass, 1 N.C. 445; Kavanaugh v. Cohoes Power and Light Corporation, 114 Misc. 590, 187 N.Y.S. 216, 231; State v. Phoenix Say. Bank & Trust Co., 60 Ariz. 138, 132 P.2d 637, 638.**

"In American Law, Escheat signifies a reversion of property to the state in consequence of a want of any individual competent to inherit. The state is deemed to occupy the place and hold the right of the feudal lord." **See 4 Kent, Comm. 423, 424. Center v. Kramer, 112 Ohio St. 269, 147 N.E. 602, 601; In re O'Conner's Estate, 126 Neb. 182, 252 N.W. 826; Braun v. McPherson, 277 Mich. 396, 269 N.W. 211, 212.**

"Escheat at feudal law was the right of the lord of a fee to re-enter upon the same when it became vacant by the extinction of the blood of the tenant. The word 'escheat' in this country, at the present time, merely indicates the preferable right of the state to an estate left vacant, and without their being any one in existence able to make claim thereto." **29 Am. Dec. 232, note.** -Black's Law Dictionary 4th Edition Page. 640

**United Nations Declaration on the Right of Indigenous People**

EXHIBIT _NN_
PAGE _14-16_


Concerned that indigenous peoples have suffered from historic injustices as a result of, inter alia, their colonization and dispossession of their lands, territories and resources, thus preventing them from exercising, in particular, their right to development in accordance with their own needs and interest.

Recognizing the urgent need to respect and promote the inherent rights of indigenous peoples which derive from their political, economic and social structures and from their cultures, spiritual traditions, histories and philosophies, especially their right to their lands, territories and resources.

Convinced that control by indigenous peoples over developments affecting them and their lands, territories and resources will enable them to maintain and strengthen their institutions, cultures and traditions, and to promote their development in accordance with their aspirations and needs.

### Article 8
1. Indigenous peoples and individuals have the right not to be subjected to forced assimilation or destruction of their culture.
2. States shall provide effective mechanisms for prevention of, and redress for:

(b) Any action which has the aim or effect of dispossessing them of their lands, territories or resources;

### Article 10
Indigenous peoples shall not be forcibly removed from their lands or territories. No relocation shall take place without the free, prior and informed consent of the indigenous peoples concerned and after agreement on fair and just compensation and, where possible, with the option of return.

### Article 25
Indigenous peoples have the right to maintain and strengthen their distinctive spiritual relationship with their traditionally owned or otherwise occupied and used lands, territories, waters, and coastal seas and other resources and to uphold their responsibilities to future generations in this regard.

### Article 26
1. Indigenous peoples have the right to the lands, territories and resources which they have traditionally owned, occupied or otherwise used or acquired.

2. Indigenous peoples have the right to own, use, develop and control the lands, territories and resources that they possess by reason of traditional ownership or otherwise traditional occupation or use, as well as those which they have otherwise acquired.

EXHIBIT _NN_

PAGE _15-16_



3. States shall give legal recognition and protection to those lands, territories and resources. Such recognition shall be conducted with due respect to the customs, traditions and land tenure systems of the indigenous peoples concerned.

**Article 28**
1. Indigenous peoples have the right to redress, by means that can include restitution or, when this is not possible, just, fair and equitable compensation, for the lands, territories and resources which they have traditionally owned or otherwise occupied or used, and which have been confiscated, taken, occupied, used or damaged without their free, prior and informed consent.

2. Unless otherwise freely agreed upon by the peoples concerned, compensation shall take the form of lands, territories and resources equal in quality, size and legal status or of monetary compensation or other appropriate redress.

**Historical Reference**

From Documents of American History
Letter from George Washington to Muhammed Ibn Abdullab—Sultan of Morocco
City of New York December 1, 1789

*"Great and Magnanimous Friend,*

*Since the date of the letter which the late congress, by their President, addressed to your Imperial Majesty, The United States of America have thought proper to change their government and institute a new one, agreeable to the Constitution, of which I have the honor, herewith, to enclose a copy.*

*The Time necessarily employed in this arduous Task, and the Derangements occasioned by so great, though peaceable a Revolution, will apologize, and account for your Majesty's not having received those regular Advices, and Marks of Attention, from the United States, which the Friendship and Magnanimity of your Conduct, towards them, afforded Reason to expect.*

*The United States, having unanimously appointed me to the supreme executive Authority, in this Nation, your Majesty's Letter of the 17th August 1788, which, by Reason of the Dissolution of the late Government, remained unanswered, has been delivered to me. I have also received the Letters which your Imperial Majesty has been so kind as to write, in Favor of the United States, to the Bashaws of Tunis and Tripoli, and I present to you the sincere acknowledgments, and Thanks of the United States, for this important Mark of your Friendship for them.*

EXHIBIT ___NN___

PAGE ___16-16___



*We greatly regret that the hostile Disposition of those Regencies, towards this Nation, who have never injured them, is not to be removed, on Terms in our Power to comply with. Within our Territories there are no Mines, either of Gold, or Silver, and this young Nation, just recovering from the Waste and Desolation of a long War, have not, as yet, had Time to acquire Riches by Agriculture and Commerce. But our Soil is bountiful, and our People industrious; and we have Reason to flatter ourselves, that we shall gradually become useful to our Friends.*

*The Encouragement which your Majesty has been pleased, generously, to give to our Commerce with your Dominions; the Punctuality with which you have caused the Treaty with us to be observed, and the just and generous Measures taken, in the Case of Captain Proctor, made a deep Impression on the United States, and confirm their Respect for, and Attachment to your Imperial Majesty.*

*It gives me Pleasure to have this Opportunity of assuring your Majesty that, while I remain at the Head of this Nation, I shall not cease to promote every Measure that may conduce to the Friendship and Harmony, which so happily subsist between your Empire and them, and shall esteem myself happy in every Occasion of convincing your Majesty of the high Sense (which in common with the whole Nation) I entertain of the Magnanimity, Wisdom, and Benevolence of your Majesty.*

*In the Course of the approaching Winter, the national Legislature (which is called by the former Name of Congress) will assemble, and I shall take Care that Nothing be omitted that may be necessary to cause the Correspondence, between our Countries, to be maintained and conducted in a Manner agreeable to your Majesty, and satisfactory to all the Parties concerned in it.*

*May the Almighty bless your Imperial Majesty, our great and magnanimous Friend, with his constant Guidance and Protection. Written at the City of New York the first Day of December 1789."*

*—George Washington*