Terrance J. Slominski, OSB 813763
David W. Venables, OSB 081291
SLOMINSKI & ASSOCIATES
7100 SW Hampton, Suite 101
Tigard OR 97223
Phone: 503-968-2505
Fax: 503-684-7950
E-mail: tjslominski@yahoo.com
         venables.slominski.law@gmail.com
Attorneys for Defendants UHD and Roman Ozeruga

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| WILLIAM X. NIETZCHE, solely as Trustee for KRME International Trust; WILLIAM KINNEY, JR.; and JULIE ANN METCALF KINNEY , <br><br>                Plaintiffs,<br><br>   v.<br><br> FREEDOM HOME MORTGAGE CORPORATION (FHMC); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS); BENEFICIAL OREGON INC. (BOI); HSBC HOLDINGS PLC (HSBC); REGIONAL TRUSTEE SERVICES CORPORATION (RTSC); MTGLQ INVESTORS L.P. (MTGLQ); RUSHMORE LOAN MANAGEMENT SERVICES LLC (RLMS); U.S. BANK NATIONAL ASSOCIATION (USBNA); CLEAR RECON CORPORATION (CRC); BARRISTERS SUPPORT SERVICES (BSS); URBAN HOUSING DEVELOPMENT (UHD); et al;<br>                Defendants. | Case No.  3:18-cv-1930-SI<br><br>**DEFENDANT URBAN HOUSING DEVELOPMENT LLC and ROMAN OZERUGA'S MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>(EXPEDITED CONSIDERATION REQUESTED) |

### LR 7-1(a) CERTIFICATION

Counsel for Defendant Urban Housing Development LLC and Roman Ozuerga emailed and spoke with Plaintiff William X. Nietzche on April 18, 2019, to discuss the extension of time. Mr. X Nietzche stated that he took no position on the extension sought and further stated that he would contact the other plaintiffs to see if they would take a position on the extension and get back to counsel by noon today; no message was left by noon today, however.

Page 1 -    DEFENDANT URBAN HOUSING DEVELOPMENT LLC AND ROMAN OZERUGA'S
              MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT

# MOTION

Pursuant to Fed. R. Civ. P. 6(b) and LR 16-3, Defendants Urban Housing Development LLC and Roman Ozeruga respectfully move this Court for an order extending the deadline for Defendants to file a responsive pleading(s) to Plaintiffs' First Amended Complaint to May 10, 2019.

Plaintiffs' First Amended Complaint is 67 pages and contains 512 paragraphs and Defendants need additional time to prepare a response. Further, Plaintiffs have named counsel as a defendant and additional time is necessary to address the issues created by naming counsel.

This motion is not made for the purpose of delay. As set forth above, Defendants have shown good cause why the deadline should be modified, have recommended a new date for the deadline in question, as required by LR 16-3, and Plaintiffs have not indicated that they oppose the motion.

Dated this 19th of April, 2019

**Slominski & Associates**

/S/TERRANCE J. SLOMINSKI
Terrance J. Slominski, OSB 813763
David W. Venables, OSB 081291
7100 SW Hampton St Ste 101
Tigard, OR 97223
Email: tjslominski@yahoo.com
Email:  venables.slominski.law@gmail.com
Phone: (503) 968-2505
Of Attorneys for Defendant Urban Housing Development LLC and Roman Ozeruga

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **MOET** on:

William X. Nietzche<br>
Julie A. Metcalf Kinney<br>
William Kinney, Jr.<br>
4406 N. Mississippi<br>
Portland, OR 97217

by the following indicated method or methods:

To Plaintiffs

 _X_    by **mailing** a full, true and correct copy of said documents in a sealed, first-class, postage-prepaid envelope, addressed to the attorney(s) as shown above on the date set forth below.

_____    by causing a full, true and correct copy to be **hand-delivered** to the attorney on the date set forth below.

_____    by sending a full, true and correct copy via **overnight courier** on the date set forth below.

For Counsel

_____    by **electronically mailing** a full, true and correct copy to the attorney at the last-known email address for the attorney's office, on the date set forth below.

 _X_    through Court ECM system

Dated this 19th of April, 2019

/s/ Terrance Slominski

Page 3 -    DEFENDANT URBAN HOUSING DEVELOPMENT LLC AND ROMAN OZERUGA'S
            MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT