
William X Nietzche
Julie Metcalf Kinney
c/o 4406 N Mississippi Avenue
Portland, Oregon [97217]
503-287-6494

FILED30 APR '19 16:24USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

William X Nietzche (solely as trustee for
KRME International Trust),

Et al.,

        **Plaintiff/Petitioner,**

v.

FREEDOM MORTGAGE CORPORATION (FMC),

Et al.,

        **Defendant(s)/Respondent(s)**

Case No. 3:18-CV-01930-SI

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST UNITED STATES CORPORATION COMPANY
(PURSUANT TO FRCP RULE 55)**

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff William and Julie Kinney ("The Kinney's"), by and through Plaintiff/trustee William X Nietzche, hereby moves this Court of Record to enter an order for Default Judgment against defendant United States Corporation Company, stating in support:

1. On April 9, 2019, defendant United States Corporation Company received a copy of plaintiff's First Amended Verified Complaint.

2. Defendant United States Corporation Company had 21 days to file a response to the summons and Verified Complaint.

3. As of this date defendant United States Corporation Company has failed to file any response to the First Amended Verified Complaint.

4. The Return of Service affidavit signed by Darnell Tellis is in the file showing date of service of plaintiff's summons and First Amended Verified Complaint served upon defendant United States Corporation Company.

5. The interest of justice and of the orderly administration of this court should result in entry of Default Judgment against defendant United States Corporation Company forthwith.

WHEREFORE, Plaintiffs move this Honorable Court of Record to enter an order for Default Judgment against defendant United States Corporation Company.

RESPECTFULLY DATED this 30 day of April, 2019.

By _/s/ JMKinney All Rights Reserved_
Julie Ann Metcalf Kinney
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]

By _/s/ WXN_
William X Nietzche, as trustee for KRME International Trust
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]