William X Nietzche
Julie Metcalf Kinney
c/o 4406 N Mississippi Avenue
Portland, Oregon [97217]
503-287-6494

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON    FILED 30 APR '19 16:24 USDC-ORP

PORTLAND DIVISION

William X Nietzche (solely as trustee for
KRME International Trust),

Et al.,

                                               3:18-CV-01930-SI

        Plaintiff/Petitioner,                    Case No.

                                               PLAINTIFF'S MOTION FOR
                                               DEFAULT JUDGMENT AGAINST
                                               MORTGAGE ELECTRONIC
                                               REGISTRATION SYSTEMS (MERS)
                                               (PURSUANT TO FRCP RULE 55)

v.

FREEDOM MORTGAGE CORPORATION (FMC),

Et al.,

        Defendant(s)/Respondent(s)

---

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

    Plaintiff William and Julie Kinney ("The Kinney's"), by and through Plaintiff/trustee William X Nietzche, hereby moves this Court of Record to enter an order for Default Judgment against defendant Mortgage Electronic Registration Systems, stating in support:

1. On April 5, 2019, defendant Mortgage Electronic Registration Systems received a copy of plaintiff's First Amended Verified Complaint.
2. Defendant Mortgage Electronic Registration Systems had 21 days to file a response to the summons and Verified Complaint.
3. As of this date defendant Mortgage Electronic Registration Systems has failed to file any response to the original summons and Verified Complaint filed November 5, 2018.
4. As of this date defendant Mortgage Electronic Registration Systems has failed to file any response to the First Amended Verified Complaint filed April 2, 2019.
5. The Return of Service affidavit signed by Darnell Tellis is in the file showing date of service of plaintiff's summons and Verified Complaint served upon defendant Mortgage Electronic Registration Systems.

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST MERS - Page **1 of 2**

6. The Return of Service affidavit signed by Darnell Tellis is in the file showing date of service of plaintiff's First Amended Verified Complaint upon defendant Mortgage Electronic Registration Systems.
7. The interest of justice and of the orderly administration of this court should result in entry of Default Judgment against defendant Mortgage Electronic Registration Systems forthwith.

WHEREFORE, Plaintiffs move this Honorable Court of Record to enter an order for Default Judgment against defendant Mortgage Electronic Registration Systems.

RESPECTFULLY DATED this 30 day of April, 2019.

By _____
Julie Ann Metcalf Kinney
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]

By _____
William X Nietzche, as trustee for KRME International Trust
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]