William X Nietzche
Julie Metcalf Kinney
c/o 4406 N Mississippi Avenue
Portland, Oregon [97217]
503-287-6494

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON   FILED30 APR '19 16:24USDC-ORP

PORTLAND DIVISION

William X Nietzche (solely as trustee for
KRME International Trust),

Et al.,

                Plaintiff/Petitioner,

v.

FREEDOM MORTGAGE CORPORATION (FMC),

Et al.,

                Defendant(s)/Respondent(s)

3:18-CV-01930-SI

Case No.

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST CLEAR RECON CORPORATION (PURSUANT TO FRCP RULE 55)**

---

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff William and Julie Kinney ("The Kinney's"), by and through Plaintiff/trustee William X Nietzche, hereby moves this Court of Record to enter an order for Default Judgment against defendant Clear Recon Corporation, stating in support:

1. On April 9, 2019, defendant Clear Recon Corporation received a copy of plaintiff's First Amended Verified Complaint.

2. Defendant Clear Recon Corporation had 21 days to file a response to the summons and Verified Complaint.

3. As of this date defendant Clear Recon Corporation has failed to file any response to the original summons and Verified Complaint filed November 5, 2018.

4. As of this date defendant Clear Recon Corporation has failed to file any response to the First Amended Verified Complaint filed April 2, 2019.

5. The Return of Service affidavit signed by Darnell Tellis is in the file showing date of service of plaintiff's summons and Verified Complaint upon defendant Clear Recon Corporation.

6. The Return of Service affidavit signed by Darnell Tellis is in the file showing date of service of plaintiff's First Amended Verified Complaint served upon defendant Clear Recon Corporation.

7. The interest of justice and of the orderly administration of this court should result in entry of Default Judgment against defendant Clear Recon Corporation forthwith.

WHEREFORE, Plaintiffs move this Honorable Court of Record to enter an order for Default Judgment against defendant Clear Recon Corporation.

RESPECTFULLY DATED this 30 day of April, 2019.

By _JM Kinney All Rights Reserved_
Julie Ann Metcalf Kinney
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]

By _____
William X Nietzche, as trustee for KRME International Trust
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]