FILED 3 OCT '19 10:29USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

**William X Nietzche (solely as trustee for KRME International Trust),**

**Et al.,**

          **Plaintiff/Petitioner,**

3:18-CV-01930-SI

Case No.

**NOTICE OF:**
**PLAINTIFF'S MOTION FOR CONTEMPT**

**DATE: OCT 31, 2019**
**TIME: 10AM**
**ROOM: 300**

V.

**FREEDOM MORTGAGE CORPORATION (FMC),**

**Et al.,**

          **Defendant(s)/Respondent(s)**

---

### TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on October 31, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Room. "300" of the above-entitled Court, located at 1000 SW Fourth Ave, Portland, Oregon, [97204] Plaintiff William and Julie Kinney ("The Kinney's"), by and through Plaintiff/trustee William X Nietzche will move this court of record for an order of contempt.

RESPECTFULLY DATED this 30 day of September, 2019.

By _/s/ JM Kinney_
Julie Ann Metcalf Kinney
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]

By _/s/ William X Nietzche_
William X Nietzche, as trustee for KRME International Trust
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]

PLAINTIFF'S MOTION FOR CONTEMPT- Page 1 of 1