```
                  IN THE UNITED STATES DISTRICT COURT

                       FOR THE DISTRICT OF OREGON

                             PORTLAND DIVISION


WILLIAM X. NIETZCHE, solely as    )
trustee for KRME International    )
Trust, JULIE A. METCALF           )
KINNEY, and WILLIAM KINNEY,       )
JR.,                              )
                                  )
               Plaintiffs,        )  No. 3:18-cv-01930-SI
                                  )
          vs.                     )  September 20, 2019
                                  )
FREEDOM MORTGAGE CORPORATION      )  Portland, Oregon
(FMC), et al,                     )
                                  )
               Defendants.        )


                       TRANSCRIPT OF PROCEEDINGS

                          (Telephone Conference)


                BEFORE THE HONORABLE MICHAEL H. SIMON

                   UNITED STATES DISTRICT COURT JUDGE




Court Reporter:             Ryan White, RMR, CRR, CSR/CCR
                            United States District Courthouse
                            1000 SW 3rd Avenue, Room 301
                            Portland, Oregon 97204
                            (503) 326-8184
```

```
 1                             APPEARANCES

 2

 3   For the Plaintiff:         WILLIAM X. NIETZCHE, Pro Se
                                JULIE METCALF KINNEY, Pro Se
 4

 5   For the Defendant          HOLLAND & KNIGHT LLP
     Freedom Home Mortgage:     By:  NELLIE Q. BARNARD
 6                              nellie.barnard@hklaw.com
                                111 SW 5th Avenue, Suite 2300
 7                              Portland, Oregon 97204
                                (503) 243-2300
 8

 9   For the Defendants         LANE POWELL PC
     HSBC, Beneficial:          By:  MERYL HULTENG
10                              hultengm@lanepowell.com
                                601 SW 2nd Avenue, Suite 2100
11                              Portland, Oregon 97204
                                (503) 778-2118
12
     For the Defendant          DAVIS WRIGHT TREMAINE, LLP
13   MTGLQ Investors:           By:  KEVIN H. KONO
                                kevinkono@dwt.com
14                              1300 SW 5th Avenue, Suite 2400
                                Portland, Oregon 97201
15                              (503) 241-2300

16   For the Defendants         MB LAW GROUP LLP
     Rushmore Loan, US Bank,    By:  THOMAS W. PURCELL
17   Rain City Capital:         tpurcell@mblglaw.com
                                MICHAEL J. FARRELL
18                              mfarrell@mblglaw.com
                                117 SW Taylor Street, Suite 200
19                              Portland, Oregon 97204
                                (503) 914-2015
20
     For the Defendant          ALDRIDGE PITE, LLP
21   Clear Recon:               By:  PETER J. SALMON
                                psalmon@aldridgepite.com
22                              4375 Jutland Drive, Suite 200
                                San Diego, California 92117
23                              (858) 750-7600

24

25
```

```
 1   For the Defendants          SLOMINSKI AND ASSOCIATES
     Urban Housing, Ozeruga:     By:  TERRANCE J. SLOMINSKI
 2                               tjslominski@yahoo.com
                                 DAVID W. VENABLES
 3                               venables.slominski.law@gmail.com
                                 7100 SW Hampton Street, Suite 101
 4                               Tigard, Oregon 97223
                                 (503) 968-2505
 5
     For the Defendant           DLA PIPER LLP
 6   Goldman Sachs:              By:  MARC D. KATZ
                                 marc.katz@dlapiper.com
 7                               1900 N Pearl Street, Suite 2200
                                 Dallas, Texas 75201
 8                               (214) 743-4534

 9   For the Defendants          HART WAGNER LLP
     Passanante, Slominski:      By:  ANDREW T. WEINER
10                               atw@hartwagner.com
                                 1000 SW Broadway, Suite 2000
11                               Portland, Oregon 97205
                                 (503) 222-1125
12
     For the Defendant State     OREGON DEPARTMENT OF JUSTICE
13   of Oregon Corp.:            CIVIL LITIGATION UNIT
                                 By:  NATHANIEL AGGREY
14                               nathaniel.aggrey@doj.state.or.us
                                 1162 Court Street NE
15                               Salem, Oregon 97301
                                 (503) 947-4700
16

17

18

19

20

21

22

23

24

25
```

```
 1                    (September 20, 2019; 10:00 a.m.)
 2
 3                          P R O C E E D I N G S
 4
 5            THE CLERK:  Good morning.  I'd like to get your
 6   appearances for the record.
 7            Do we have Mr. Nietzche on the line?
 8            MR. NIETZCHE:  Greetings.  Greetings.  This is William
 9   X. Nietzche.
10            Plaintiffs object to phone conference and any
11   attempt to establish a nisi prius court over this court of
12   record.
13            THE COURT REPORTER:  What?
14            THE CLERK:  Thank you.
15            And who do we have on the line for defendants?
16            MR. PURCELL:  Good morning.  This is Tom Purcell and
17   Mike Farrell, both, Your Honor, on the line for Rushmore Loan
18   Management Services, LLC, and US Bank as trustee.
19            MR. AGGREY:  Good morning.  This is Nathaniel Aggrey,
20   attorney for the State of Oregon.
21            THE COURT REPROTER:  I can't --
22            MR. SLOMINSKI:  This is Terry Slominski representing
23   Roman Ozeruga and Urban Housing.  Also David Venables of my
24   office is also on the line.
25            MR. KONO:  Good morning.  This is Kevin Kono on behalf
```

```
 1  of MTGLQ Investors.
 2          MR. KATZ:  Good morning.  This is Mark Katz for
 3  Goldman Sachs.
 4          MR. WEINER:  Good morning.  This is Andrew Weiner on
 5  behalf of Terrance Slominski and Mark Passanante.
 6          THE COURT REPORTER:  Can you please tell them to get
 7  off speakerphone?
 8          MS. HULTENG:  Good morning.  This is Meryl Hulteng on
 9  behalf of the HSBC and Beneficial entities.
10          MR. SALMON:  Good morning.  This is Peter Salmon on
11  behalf of Clear Recon Corp.
12     (Indistinguishable crosstalk.)
13          THE CLERK:  I'm sorry.  Who was that?
14     (Indiscernible.)
15          MS. BARNARD:  This is Nellie Barnard on behalf of
16  Freedom Mortgage Corporation and MRS.
17          THE COURT:  Who was before her?
18          THE CLERK:  Who was before Ms. Barnard?  I thought I
19  heard another person trying to state their name.
20          UNIDENTIFIED MALE:  Oh, no.  I heard Clear Recon
21  Corporation said they're defaulted.  I don't know how
22  they (indiscernible) party.
23          THE CLERK:  Okay.
24          MR. LLOYD:  This is John Lloyd for Defendant Goldman.
25          THE CLERK:  Okay.  Is there anyone else on the line?
```

1          All right.  Thank you.
2          Your Honor, this is the time set for --
3      (Indistinguishable crosstalk.)
4          MS. KINNEY:  -- Kinney, plaintiff.
5          THE CLERK:  I'm sorry.  Who was that?
6          MS. KINNEY:  Greetings.  This is Julie Metcalf Kinney,
7  plaintiff.
8          THE CLERK:  Thank you.
9          MS. KINNEY:  I rearranged my schedule for this call.
10         THE CLERK:  Okay.  Your Honor, this is the time set
11 for a telephone conference in civil case 18-19 -- got that
12 number wrong --
13         THE COURT:  18-1930.
14         THE CLERK:  -- 1930, Nietzche, et al, versus Freedom
15 Mortgage Corporation, et al.
16         Counsel, there's a court reporter present, so please
17 be sure to state your name before you speak, and here's Judge
18 Simon.
19         THE COURT:  Good morning, everyone.
20         Before we get to the matter that I wanted to discuss,
21 I heard Mr. Nietzche say in the beginning that he objects to any
22 attempt to convene a nisi prius court.  And I want to ask
23 Mr. Nietzche, what's a nisi prius court?
24         MR. NIETZCHE:  That's of course a -- an inferior court
25 that's agreed to by prior agreement.  We don't agree to any

1    inferior court here.  This is a court of record.
2              THE COURT:  It's an English concept from the 19th
3    century, and no one is trying to assert that this is a nisi
4    prius court.  So please keep your comments only to matters that
5    are relevant.  All right.
6              MR. NIETZCHE:  Is this a court of record?
7              THE COURT:  Yes.  We have a court reporter taking
8    everything down.
9              MR. NIETZCHE:  No.  Is this a court of record?
10             THE COURT:  I answered your question, Mr. Nietzche.
11   I'm moving on to my other matters.  Now --
12             MR. NIETZCHE:  Okay.  We have a court reporter present
13   as well that's taking -- that's transcribing these matters as
14   well.
15             THE COURT:  Mr. Nietzche?  Mr. Nietzche?  Now let me
16   move on to my other matters.
17             I'm telling everyone that I have a number of motions
18   that have been filed.  We have them fully briefed with the sole
19   exception of a response to a motion to compel.
20             MR. NIETZCHE:  No.  Listen.  I object --
21             THE COURT:  No, no, Mr. Nietzche.
22        (Indistinguishable crosstalk.)
23             MR. NIETZCHE:  -- objects --
24             THE COURT:  No, no, Mr. Nietzche.  You may --
25             MR. NIETZCHE:  You will not be addressing all these

1   motions over a phone conference.  We need our day in court.  We
2   object.
3           THE COURT:  Mr. Nietzche --
4           MR. NIETZCHE:  Yeah.  Objection.  I don't know what
5   you guys think you're running.  This is a kangaroo show and it's
6   not going down like that.  We need our day in court.
7           THE COURT:  Mr. Nietzche, I will give you an
8   opportunity to speak when I'm done speaking.  You may not
9   interrupt me.  Do not speak while I am speaking.  I will give
10  you an opportunity to speak before this call is over.
11          Do you understand me?
12          MR. NIETZCHE:  Quo warranto.
13          THE COURT:  Do you understand me, sir?
14          MR. NIETZCHE:  Quo warranto.
15          THE COURT:  Do you understand me?
16          MR. NIETZCHE:  No, I do not understand you.  We
17  understand our court of record --
18          MS. KINNEY:  We do not understand.
19          MR. NIETZCHE:  We do not understand you.
20          THE COURT:  All right.  So here's my order for right
21  now.  We have a number of motions that have been filed, some by
22  Mr. Nietzche, some by various defendants.  There will be no
23  further motions allowed to be filed until the pending motions
24  have been resolved.
25          In addition, there will be no further discovery taken

```
 1   until the pending motions are resolved.  It is --
 2           MR. NIETZCHE:  You cannot squash [sic] a subpoena.
 3           THE COURT:  It is my --
 4      (Indistinguishable crosstalk.)
 5           MR. NIETZCHE:  Yeah.  You cannot squash a subpoena.
 6   Only via a mandamus can squash this subpoena.  You cannot squash
 7   this subpoena.
 8           THE COURT:  Mr. --
 9           MR. NIETZCHE:  Tell an officer and bring that shit
10   with him.
11           THE COURT:  Mr. Nietzche, if you interrupt me one more
12   time --
13           MR. NIETZCHE:  You think (indiscernible) -- yeah.  No,
14   this is enough game playing.
15           THE COURT:  Mr. Nietzche --
16           MR. NIETZCHE:  Yeah.  No.  What's (indiscernible) and
17   aggressive is (indiscernible) -- huggers trying to take our
18   land.  Period.
19           THE COURT:  Mr. Nietzche?  Mr. Nietzche?
20   Mr. Nietzche?  Can you hear me, sir?  Mr. Nietzche, can you hear
21   me?
22           MR. NIETZCHE:  Continue.
23           THE COURT:  If you interrupt me one more time, I will
24   hold you in contempt of court.  I will give --
25           MR. NIETZCHE:  I will hold you in contempt of court.
```

1           THE COURT:  All right.  This hearing is now over.  It
2  is the order of the court that no further motions may be filed,
3  no discovery --
4           MR. NIETZCHE:  This is a writ of error.  This is a
5  conference call.  This is not what you think it was.  We already
6  objected.
7           He made a cry baby call about being served a subpoena.
8  There's not -- he cannot squash this subpoena by an
9  insubstantial order entered by you.
10          THE COURT:  So there will be no further --
11          MR. NIETZCHE:  (Indiscernible) be there or be squared.
12          THE COURT:  There will --
13          MR. NIETZCHE:  He will be there or be square or face
14 (indiscernible) go to jail.  (Indiscernible) on this case.
15 The -- at this time, you are a co-conspirator with this case.
16 We (indiscernible) --
17          THE COURT REPORTER:  I can't understand him.
18          MR. NIETZCHE:  -- for trespass on the case.
19          Do I make myself clear?
20          THE COURT:  There will be no further motions entered
21 in this case.
22          MR. NIETZCHE:  Do you understand that you will
23 be -- you are added to this instant (indiscernible) for trespass
24 on the case.
25          THE COURT:  I'm going to put you on --

1      MR. NIETZCHE:  Period.

2      THE COURT:  I'm going to put you on mute,
3  Mr. Nietzche, so --

4      MR. NIETZCHE:  You're being added.  You are a
5  co-conspirator to this case.

6      THE COURT:  All right.  So thank you, Mr. Nietzche.

7      There will be no further motions in this case until I
8  resolve the pending motions.  No discovery may be taken until I
9  resolve the pending motions, and that will be all.  And then my
10 expectation is I'll try to get all pending motions resolved
11 within the next 30 days.

12     Thank you, all.  That --

13     MR. PURCELL:  Your Honor?

14   (Indistinguishable crosstalk.)

15     THE COURT:  Did someone else wish to speak?

16     MR. PURCELL:  Yes, Your Honor.  This is Tom Purcell.
17 I just had a couple questions about the scope of the order.

18     I do have this subpoena here.  We don't believe it was
19 appropriately served.  But I just want to clarify your order.

20     THE COURT:  My order --

21   (Indistinguishable crosstalk.)

22     THE COURT:  There is no -- all discovery in this case
23 is stayed until I've resolved the pending motions.

24     MR. NIETZCHE:  No, you cannot stay our discovery.
25 Ninth Circuit, you have interlocutory -- interlocutory appeal.

1   You're locked down, Judge Simon, and added to this operative

2   complaint.  I'm sorry.

3           THE COURT:  Did that answer your question,

4   Mr. Purcell?

5       (Indistinguishable crosstalk.)

6           MR. NIETZCHE:  -- court of record rests.  There's no

7   further proceedings in the court of record.  You guys are

8   stripped of your jurisdiction.  This is in -- this is an

9   interlocutory appeal to the Ninth Circuit.

10          THE COURT:  All right.  Well --

11          MR. NIETZCHE:  Mandamus.  (Indiscernible) or else go

12  to jail.  Yes.

13          THE COURT:  Well, Mr. Nietzche, so --

14          MR. NIETZCHE:  Judge Simon, you are obstructing

15  justice right now, Michael Simon.  You have exceeded your

16  jurisdiction and stepped outside your cloak of magistrate.  Yes.

17  You are only a magistrate in a court of record.

18          THE COURT:  Mr. Nietzche?

19          MR. NIETZCHE:  You have no authority here.

20          THE COURT:  Mr. Nietzche, all of -- everything you

21  have said has now been reported by the court reporter.  It will

22  be available to you for your appeal.

23          Good luck, sir.

24          We'll be in recess.

25      (The proceedings concluded at 10:09 a.m.)

C E R T I F I C A T E

I certify, by signing below, that the foregoing is a true and correct transcript, to the best of my ability, of the telephonic oral argument heard via conference call, taken by stenographic means.  Due to the telephonic connection, parties appearing via speakerphone or cell phone, speakers overlapping when speaking, speakers not identifying themselves before they speak, fast speakers, the speaker's failure to enunciate, and/or other technical difficulties that occur during telephonic proceedings, this certification is limited by the above-mentioned reasons and any technological difficulties of such proceedings occurring over the speakerphone at the United States District Court of Oregon in the above-entitled cause.  A transcript without an original signature, conformed signature, or digitally signed signature is not certified.

DATED this 11th day of December, 2019.

*// Ryan White*
RYAN WHITE
Registered Merit Reporter
Certified Realtime Reporter
Expires 9/30/2022
Washington CCR No. 3220
Expires 10/25/2020
Oregon CSR No. 10-0419
Expires 12/31/2020

## 1

**10-0419** [1] - 13:24
**10/25/2020** [1] - 13:24
**1000** [2] - 1:24, 3:10
**101** [1] - 3:3
**10:00** [1] - 4:1
**10:09** [1] - 12:25
**111** [1] - 2:6
**1162** [1] - 3:14
**117** [1] - 2:18
**11th** [1] - 13:18
**12/31/2020** [1] - 13:25
**1300** [1] - 2:14
**18-19** [1] - 6:11
**18-1930** [1] - 6:13
**1900** [1] - 3:7
**1930** [1] - 6:14
**19th** [1] - 7:2

## 2

**20** [2] - 1:9, 4:1
**200** [2] - 2:18, 2:22
**2000** [1] - 3:10
**2019** [3] - 1:9, 4:1, 13:18
**2100** [1] - 2:10
**214** [1] - 3:8
**2200** [1] - 3:7
**222-1125** [1] - 3:11
**2300** [1] - 2:6
**2400** [1] - 2:14
**241-2300** [1] - 2:15
**243-2300** [1] - 2:7
**2nd** [1] - 2:10

## 3

**30** [1] - 11:11
**301** [1] - 1:24
**3220** [1] - 13:23
**326-8184** [1] - 1:25
**3:18-cv-01930-SI** [1] - 1:8
**3rd** [1] - 1:24

## 4

**4375** [1] - 2:22

## 5

**503** [8] - 1:25, 2:7, 2:11, 2:15, 2:19, 3:4, 3:11, 3:15
**5th** [2] - 2:6, 2:14

## 6

**601** [1] - 2:10

## 7

**7100** [1] - 3:3
**743-4534** [1] - 3:8
**750-7600** [1] - 2:23
**75201** [1] - 3:7
**778-2118** [1] - 2:11

## 8

**858** [1] - 2:23

## 9

**9/30/2022** [1] - 13:23
**914-2015** [1] - 2:19
**92117** [1] - 2:22
**947-4700** [1] - 3:15
**968-2505** [1] - 3:4
**97201** [1] - 2:14
**97204** [4] - 1:24, 2:7, 2:11, 2:19
**97205** [1] - 3:11
**97223** [1] - 3:4
**97301** [1] - 3:15

## A

**a.m** [2] - 4:1, 12:25
**ability** [1] - 13:4
**above-entitled** [1] - 13:14
**above-mentioned** [1] - 13:12
**added** [3] - 10:23, 11:4, 12:1
**addition** [1] - 8:25
**addressing** [1] - 7:25
**aggressive** [1] - 9:17
**AGGREY** [2] - 3:13, 4:19
**Aggrey** [1] - 4:19
**agree** [1] - 6:25
**agreed** [1] - 6:25
**agreement** [1] - 6:25
**al** [3] - 1:10, 6:14, 6:15
**ALDRIDGE** [1] - 2:20
**allowed** [1] - 8:23
**AND** [1] - 3:1
**Andrew** [1] - 5:4
**ANDREW** [1] - 3:9
**answer** [1] - 12:3
**answered** [1] - 7:10
**appeal** [3] - 11:25, 12:9, 12:22
**APPEARANCES** [1] - 2:1
**appearances** [1] - 4:6
**appearing** [1] - 13:7
**appropriately** [1] - 11:19
**argument** [1] - 13:5
**assert** [1] - 7:3
**ASSOCIATES** [1] - 3:1
**attempt** [2] - 4:11, 6:22
**attorney** [1] - 4:20
**atw@hartwagner.com** [1] - 3:10
**authority** [1] - 12:19
**available** [1] - 12:22
**Avenue** [4] - 1:24, 2:6, 2:10, 2:14

## B

**baby** [1] - 10:7
**Bank** [2] - 2:16, 4:18
**Barnard** [2] - 5:15, 5:18
**BARNARD** [2] - 2:5, 5:15
**BEFORE** [1] - 1:18
**beginning** [1] - 6:21
**behalf** [5] - 4:25, 5:5, 5:9, 5:11, 5:15

**below** [1] - 13:3
**Beneficial** [2] - 2:9, 5:9
**best** [1] - 13:4
**briefed** [1] - 7:18
**bring** [1] - 9:9
**Broadway** [1] - 3:10

## C

**California** [1] - 2:22
**cannot** [5] - 9:2, 9:5, 9:6, 10:8, 11:24
**Capital** [1] - 2:17
**case** [9] - 6:11, 10:14, 10:15, 10:18, 10:21, 10:24, 11:5, 11:7, 11:22
**CCR** [1] - 13:23
**cell** [1] - 13:7
**century** [1] - 7:3
**certification** [1] - 13:11
**certified** [1] - 13:16
**Certified** [1] - 13:22
**certify** [1] - 13:3
**Circuit** [2] - 11:25, 12:9
**City** [1] - 2:17
**civil** [1] - 6:11
**CIVIL** [1] - 3:13
**clarify** [1] - 11:19
**Clear** [3] - 2:21, 5:11, 5:20
**clear** [1] - 10:19
**CLERK** [10] - 4:5, 4:14, 5:13, 5:18, 5:23, 5:25, 6:5, 6:8, 6:10, 6:14
**cloak** [1] - 12:16
**co** [2] - 10:15, 11:5
**co-conspirator** [2] - 10:15, 11:5
**comments** [1] - 7:4
**compel** [1] - 7:19
**complaint** [1] - 12:2
**concept** [1] - 7:2
**concluded** [1] - 12:25
**conference** [5] - 4:10, 6:11, 8:1, 10:5, 13:5
**Conference** [1] - 1:16
**conformed** [1] - 13:15
**connection** [1] - 13:6
**conspirator** [2] - 10:15, 11:5
**contempt** [2] - 9:24, 9:25
**continue** [1] - 9:22
**convene** [1] - 6:22
**Corp** [2] - 3:13, 5:11
**Corporation** [3] - 5:16, 5:21, 6:15
**CORPORATION** [1] - 1:10
**correct** [1] - 13:4
**counsel** [1] - 6:16
**couple** [1] - 11:17
**course** [1] - 6:24
**court** [23] - 4:11, 6:16, 6:22, 6:23, 6:24, 7:1, 7:4, 7:6, 7:7, 7:9, 7:12, 8:1, 8:6, 8:17, 9:24, 9:25, 10:2, 12:6, 12:7, 12:17, 12:21
**COURT** [41] - 1:1, 1:19, 4:13, 4:21, 5:6, 5:17, 6:13, 6:19, 7:2, 7:7, 7:10, 7:15, 7:21, 7:24, 8:3, 8:7, 8:13, 8:15, 8:20, 9:3, 9:8, 9:11, 9:15, 9:19, 9:23, 10:1, 10:10, 10:12, 10:17, 10:20, 10:25,

11:2, 11:6, 11:15, 11:20, 11:22, 12:3, 12:10, 12:13, 12:18, 12:20
**Court** [3] - 1:23, 3:14, 13:14
**Courthouse** [1] - 1:23
**crosstalk** [7] - 5:12, 6:3, 7:22, 9:4, 11:14, 11:21, 12:5
**CRR** [1] - 1:23
**cry** [1] - 10:7
**CSR** [1] - 13:24
**CSR/CCR** [1] - 1:23

**D**

**Dallas** [1] - 3:7
**DATED** [1] - 13:18
**DAVID** [1] - 3:2
**David** [1] - 4:23
**DAVIS** [1] - 2:12
**days** [1] - 11:11
**December** [1] - 13:18
**defaulted** [1] - 5:21
**Defendant** [6] - 2:5, 2:12, 2:20, 3:5, 3:12, 5:24
**Defendants** [5] - 1:11, 2:9, 2:16, 3:1, 3:9
**defendants** [2] - 4:15, 8:22
**DEPARTMENT** [1] - 3:12
**Diego** [1] - 2:22
**difficulties** [2] - 13:10, 13:12
**digitally** [1] - 13:16
**discovery** [5] - 8:25, 10:3, 11:8, 11:22, 11:24
**discuss** [1] - 6:20
**DISTRICT** [3] - 1:1, 1:2, 1:19
**District** [2] - 1:23, 13:14
**DIVISION** [1] - 1:3
**DLA** [1] - 3:5
**done** [1] - 8:8
**down** [3] - 7:8, 8:6, 12:1
**Drive** [1] - 2:22
**Due** [1] - 13:6
**during** [1] - 13:10

**E**

**English** [1] - 7:2
**entered** [2] - 10:9, 10:20
**entities** [1] - 5:9
**entitled** [1] - 13:14
**enunciate** [1] - 13:9
**error** [1] - 10:4
**establish** [1] - 4:11
**et** [3] - 1:10, 6:14, 6:15
**exceeded** [1] - 12:15
**exception** [1] - 7:19
**expectation** [1] - 11:10
**Expires** [3] - 13:23, 13:24, 13:25

**F**

**face** [1] - 10:13
**failure** [1] - 13:9
**FARRELL** [1] - 2:17
**Farrell** [1] - 4:17
**fast** [1] - 13:9

**filed** [4] - 7:18, 8:21, 8:23, 10:2
**FMC** [1] - 1:10
**FOR** [1] - 1:2
**foregoing** [1] - 13:3
**Freedom** [3] - 2:5, 5:16, 6:14
**FREEDOM** [1] - 1:10
**fully** [1] - 7:18

**G**

**game** [1] - 9:14
**Goldman** [3] - 3:6, 5:3, 5:24
**greetings** [3] - 4:8, 6:6
**GROUP** [1] - 2:16
**guys** [2] - 8:5, 12:7

**H**

**Hampton** [1] - 3:3
**HART** [1] - 3:9
**hear** [2] - 9:20
**heard** [4] - 5:19, 5:20, 6:21, 13:5
**hearing** [1] - 10:1
**hold** [2] - 9:24, 9:25
**HOLLAND** [1] - 2:5
**Home** [1] - 2:5
**Honor** [5] - 4:17, 6:2, 6:10, 11:13, 11:16
**HONORABLE** [1] - 1:18
**Housing** [2] - 3:1, 4:23
**HSBC** [2] - 2:9, 5:9
**huggers** [1] - 9:17
**Hulteng** [1] - 5:8
**HULTENG** [2] - 2:9, 5:8
**hultengm@lanepowell.com** [1] - 2:10

**I**

**identifying** [1] - 13:8
**IN** [1] - 1:1
**Indiscernible** [1] - 5:14
**indiscernible** [10] - 5:22, 9:13, 9:16, 9:17, 10:11, 10:14, 10:16, 10:23, 12:11
**Indistinguishable** [7] - 5:12, 6:3, 7:22, 9:4, 11:14, 11:21, 12:5
**inferior** [2] - 6:24, 7:1
**instant** [1] - 10:23
**insubstantial** [1] - 10:9
**interlocutory** [3] - 11:25, 12:9
**International** [1] - 1:5
**interrupt** [3] - 8:9, 9:11, 9:23
**Investors** [2] - 2:13, 5:1

**J**

**jail** [2] - 10:14, 12:12
**John** [1] - 5:24
**JR** [1] - 1:7
**Judge** [3] - 6:17, 12:1, 12:14
**JUDGE** [1] - 1:19
**Julie** [1] - 6:6
**JULIE** [2] - 1:6, 2:3
**jurisdiction** [2] - 12:8, 12:16
**JUSTICE** [1] - 3:12
**justice** [1] - 12:15

**Jutland** [1] - 2:22

**K**

**kangaroo** [1] - 8:5
**Katz** [1] - 5:2
**KATZ** [2] - 3:6, 5:2
**keep** [1] - 7:4
**KEVIN** [1] - 2:13
**Kevin** [1] - 4:25
**kevinkono@dwt.com** [1] - 2:13
**Kinney** [2] - 6:4, 6:6
**KINNEY** [7] - 1:6, 2:3, 6:4, 6:6, 6:9, 8:18
**KNIGHT** [1] - 2:5
**Kono** [1] - 4:25
**KONO** [2] - 2:13, 4:25
**KRME** [1] - 1:5

**L**

**land** [1] - 9:18
**LANE** [1] - 2:9
**LAW** [1] - 2:16
**limited** [1] - 13:11
**line** [5] - 4:7, 4:15, 4:17, 4:24, 5:25
**listen** [1] - 7:20
**LITIGATION** [1] - 3:13
**LLC** [1] - 4:18
**LLOYD** [1] - 5:24
**Lloyd** [1] - 5:24
**LLP** [6] - 2:5, 2:12, 2:16, 2:20, 3:5, 3:9
**Loan** [2] - 2:16, 4:17
**locked** [1] - 12:1
**luck** [1] - 12:23

**M**

**magistrate** [2] - 12:16, 12:17
**MALE** [1] - 5:20
**Management** [1] - 4:18
**mandamus** [2] - 9:6, 12:11
**MARC** [1] - 3:6
**marc.katz@dlapiper.com** [1] - 3:6
**Mark** [2] - 5:2, 5:5
**matter** [1] - 6:20
**matters** [4] - 7:4, 7:11, 7:13, 7:16
**MB** [1] - 2:16
**means** [1] - 13:6
**mentioned** [1] - 13:12
**Merit** [1] - 13:22
**Meryl** [1] - 5:8
**MERYL** [1] - 2:9
**METCALF** [2] - 1:6, 2:3
**Metcalf** [1] - 6:6
**mfarrell@mblglaw.com** [1] - 2:18
**Michael** [1] - 12:15
**MICHAEL** [2] - 1:18, 2:17
**Mike** [1] - 4:17
**morning** [9] - 4:5, 4:16, 4:19, 4:25, 5:2, 5:4, 5:8, 5:10, 6:19
**Mortgage** [3] - 2:5, 5:16, 6:15
**MORTGAGE** [1] - 1:10
**motion** [1] - 7:19
**motions** [13] - 7:17, 8:1, 8:21, 8:23, 9:1,

10:2, 10:20, 11:7, 11:8, 11:9, 11:10, 11:23
**move** [1] - 7:16
**moving** [1] - 7:11
**MR** [42] - 4:8, 4:16, 4:19, 4:22, 4:25, 5:2, 5:4, 5:10, 5:24, 6:24, 7:6, 7:9, 7:12, 7:20, 7:23, 7:25, 8:4, 8:12, 8:14, 8:16, 8:19, 9:2, 9:5, 9:9, 9:13, 9:16, 9:22, 9:25, 10:4, 10:11, 10:13, 10:18, 10:22, 11:1, 11:4, 11:13, 11:16, 11:24, 12:6, 12:11, 12:14, 12:19
**MRS** [1] - 5:16
**MS** [6] - 5:8, 5:15, 6:4, 6:6, 6:9, 8:18
**MTGLQ** [2] - 2:13, 5:1
**mute** [1] - 11:2

### N

**name** [2] - 5:19, 6:17
**NATHANIEL** [1] - 3:13
**Nathaniel** [1] - 4:19
**nathaniel.aggrey@doj.state.or.us** [1] - 3:14
**NE** [1] - 3:14
**need** [2] - 8:1, 8:6
**NELLIE** [1] - 2:5
**Nellie** [1] - 5:15
**nellie.barnard@hklaw.com** [1] - 2:6
**next** [1] - 11:11
**NIETZCHE** [34] - 1:5, 2:3, 4:8, 6:24, 7:6, 7:9, 7:12, 7:20, 7:23, 7:25, 8:4, 8:12, 8:14, 8:16, 8:19, 9:2, 9:5, 9:9, 9:13, 9:16, 9:22, 9:25, 10:4, 10:11, 10:13, 10:18, 10:22, 11:1, 11:4, 11:24, 12:6, 12:11, 12:14, 12:19
**Nietzche** [24] - 4:7, 4:9, 6:14, 6:21, 6:23, 7:10, 7:15, 7:21, 7:24, 8:3, 8:7, 8:22, 9:11, 9:15, 9:19, 9:20, 11:3, 11:6, 12:13, 12:18, 12:20
**Ninth** [2] - 11:25, 12:9
**nisi** [4] - 4:11, 6:22, 6:23, 7:3
**number** [3] - 6:12, 7:17, 8:21

### O

**object** [3] - 4:10, 7:20, 8:2
**objected** [1] - 10:6
**objection** [1] - 8:4
**objects** [2] - 6:21, 7:23
**obstructing** [1] - 12:14
**occur** [1] - 13:10
**occurring** [1] - 13:13
**OF** [3] - 1:2, 1:15, 3:12
**office** [1] - 4:24
**officer** [1] - 9:9
**one** [3] - 7:3, 9:11, 9:23
**operative** [1] - 12:1
**opportunity** [2] - 8:8, 8:10
**oral** [1] - 13:5
**order** [6] - 8:20, 10:2, 10:9, 11:17, 11:19, 11:20
**OREGON** [2] - 1:2, 3:12
**Oregon** [13] - 1:10, 1:24, 2:7, 2:11, 2:14, 2:19, 3:4, 3:11, 3:13, 3:15, 4:20, 13:14, 13:24
**original** [1] - 13:15
**outside** [1] - 12:16
**overlapping** [1] - 13:7
**Ozeruga** [2] - 3:1, 4:23

### P

**parties** [1] - 13:6
**party** [1] - 5:22
**Passanante** [2] - 3:9, 5:5
**PC** [1] - 2:9
**Pearl** [1] - 3:7
**pending** [6] - 8:23, 9:1, 11:8, 11:9, 11:10, 11:23
**period** [2] - 9:18, 11:1
**person** [1] - 5:19
**PETER** [1] - 2:21
**Peter** [1] - 5:10
**phone** [3] - 4:10, 8:1, 13:7
**PIPER** [1] - 3:5
**PITE** [1] - 2:20
**Plaintiff** [1] - 2:3
**plaintiff** [2] - 6:4, 6:7
**Plaintiffs** [1] - 1:8
**plaintiffs** [1] - 4:10
**playing** [1] - 9:14
**PORTLAND** [1] - 1:3
**Portland** [7] - 1:10, 1:24, 2:7, 2:11, 2:14, 2:19, 3:11
**POWELL** [1] - 2:9
**present** [2] - 6:16, 7:12
**prius** [4] - 4:11, 6:22, 6:23, 7:4
**Pro** [2] - 2:3, 2:3
**proceedings** [4] - 12:7, 12:25, 13:11, 13:13
**PROCEEDINGS** [1] - 1:15
**psalmon@aldridgepite.com** [1] - 2:21
**PURCELL** [4] - 2:16, 4:16, 11:13, 11:16
**Purcell** [3] - 4:16, 11:16, 12:4
**put** [2] - 10:25, 11:2

### Q

**questions** [1] - 11:17
**quo** [2] - 8:12, 8:14

### R

**Rain** [1] - 2:17
**Realtime** [1] - 13:22
**rearranged** [1] - 6:9
**reasons** [1] - 13:12
**recess** [1] - 12:24
**Recon** [3] - 2:21, 5:11, 5:20
**record** [9] - 4:6, 4:12, 7:1, 7:6, 7:9, 8:17, 12:6, 12:7, 12:17
**Registered** [1] - 13:22
**relevant** [1] - 7:5
**reported** [1] - 12:21
**Reporter** [3] - 1:23, 13:22, 13:22
**reporter** [4] - 6:16, 7:7, 7:12, 12:21
**REPORTER** [3] - 4:13, 5:6, 10:17
**representing** [1] - 4:22
**REPROTER** [1] - 4:21
**resolve** [2] - 11:8, 11:9
**resolved** [4] - 8:24, 9:1, 11:10, 11:23
**response** [1] - 7:19
**rests** [1] - 12:6
**RMR** [1] - 1:23
**Roman** [1] - 4:23
**Room** [1] - 1:24
**running** [1] - 8:5
**Rushmore** [2] - 2:16, 4:17
**RYAN** [1] - 13:21
**Ryan** [2] - 1:23, 13:21

### S

**Sachs** [2] - 3:6, 5:3
**Salem** [1] - 3:15
**SALMON** [2] - 2:21, 5:10
**Salmon** [1] - 5:10
**San** [1] - 2:22
**schedule** [1] - 6:9
**scope** [1] - 11:17
**Se** [2] - 2:3, 2:3
**September** [2] - 1:9, 4:1
**served** [2] - 10:7, 11:19
**Services** [1] - 4:18
**set** [2] - 6:2, 6:10
**shit** [1] - 9:9
**show** [1] - 8:5
**sic** [1] - 9:2
**signature** [3] - 13:15, 13:16
**signed** [1] - 13:16
**signing** [1] - 13:3
**Simon** [4] - 6:18, 12:1, 12:14, 12:15
**SIMON** [1] - 1:18
**SLOMINSKI** [3] - 3:1, 3:1, 4:22
**Slominski** [3] - 3:9, 4:22, 5:5
**sole** [1] - 7:18
**solely** [1] - 1:5
**someone** [1] - 11:15
**sorry** [3] - 5:13, 6:5, 12:2
**speaker's** [1] - 13:9
**speakerphone** [3] - 5:7, 13:7, 13:13
**speakers** [3] - 13:7, 13:8, 13:9
**speaking** [3] - 8:8, 8:9, 13:8
**square** [1] - 10:13
**squared** [1] - 10:11
**squash** [5] - 9:2, 9:5, 9:6, 10:8
**State** [2] - 3:12, 4:20
**state** [2] - 5:19, 6:17
**STATES** [2] - 1:1, 1:19
**States** [2] - 1:23, 13:14
**stay** [1] - 11:24
**stayed** [1] - 11:23
**stenographic** [1] - 13:6
**stepped** [1] - 12:16
**Street** [4] - 2:18, 3:3, 3:7, 3:14
**stripped** [1] - 12:8
**subpoena** [7] - 9:2, 9:5, 9:6, 9:7, 10:7, 10:8, 11:18
**Suite** [8] - 2:6, 2:10, 2:14, 2:18, 2:22, 3:3, 3:7, 3:10
**SW** [7] - 1:24, 2:6, 2:10, 2:14, 2:18, 3:3,

3:10

# T

**Taylor** [1] - 2:18
**technical** [1] - 13:10
**technological** [1] - 13:12
**telephone** [1] - 6:11
**Telephone** [1] - 1:16
**telephonic** [3] - 13:5, 13:6, 13:10
**Terrance** [1] - 5:5
**TERRANCE** [1] - 3:1
**Terry** [1] - 4:22
**Texas** [1] - 3:7
**THE** [52] - 1:1, 1:2, 1:18, 4:5, 4:13, 4:14, 4:21, 5:6, 5:13, 5:17, 5:18, 5:23, 5:25, 6:5, 6:8, 6:10, 6:13, 6:14, 6:19, 7:2, 7:7, 7:10, 7:15, 7:21, 7:24, 8:3, 8:7, 8:13, 8:15, 8:20, 9:3, 9:8, 9:11, 9:15, 9:19, 9:23, 10:1, 10:10, 10:12, 10:17, 10:20, 10:25, 11:2, 11:6, 11:15, 11:20, 11:22, 12:3, 12:10, 12:13, 12:18, 12:20
**themselves** [1] - 13:8
**THOMAS** [1] - 2:16
**Tigard** [1] - 3:4
**tjslominski@yahoo.com** [1] - 3:2
**Tom** [2] - 4:16, 11:16
**tpurcell@mblglaw.com** [1] - 2:17
**transcribing** [1] - 7:13
**transcript** [2] - 13:4, 13:15
**TRANSCRIPT** [1] - 1:15
**TREMAINE** [1] - 2:12
**trespass** [2] - 10:18, 10:23
**true** [1] - 13:4
**Trust** [1] - 1:6
**trustee** [2] - 1:5, 4:18
**try** [1] - 11:10
**trying** [3] - 5:19, 7:3, 9:17

# U

**UNIDENTIFIED** [1] - 5:20
**UNIT** [1] - 3:13
**UNITED** [2] - 1:1, 1:19
**United** [2] - 1:23, 13:13
**Urban** [2] - 3:1, 4:23
**US** [2] - 2:16, 4:18

# V

**various** [1] - 8:22
**VENABLES** [1] - 3:2
**Venables** [1] - 4:23
**venables.slominski.law@gmail.com** [1] - 3:3
**versus** [1] - 6:14
**via** [3] - 9:6, 13:5, 13:7
**vs** [1] - 1:9

# W

**WAGNER** [1] - 3:9
**warranto** [2] - 8:12, 8:14
**Washington** [1] - 13:23

**WEINER** [2] - 3:9, 5:4
**Weiner** [1] - 5:4
**White** [2] - 1:23, 13:21
**WHITE** [1] - 13:21
**William** [1] - 4:8
**WILLIAM** [3] - 1:5, 1:6, 2:3
**wish** [1] - 11:15
**WRIGHT** [1] - 2:12
**writ** [1] - 10:4