# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

William X Nietzche (solely as trustee for
KRME International Trust),

Et al.,

                **Plaintiff/Petitioner,**

v.

**FREEDOM MORTGAGE CORPORATION (FMC),**

Et al.,

                **Defendant(s)/Respondent(s)**

9th Cir. Case #:19-35876

U.S. Dist. Case #: 3:18-CV-01930

PLAINTIFF'S MOTION FOR HEARING
ON SUPERSEDEAS BOND

*Emergency Hearing Requested*

---

## PLAINTIFF'S MOTION FOR HEARING ON SUPERSEDEAS BOND

COMES NOW Plaintiffs, one of the people of this American Republic, to move this court of record to enter an order scheduling a hearing for Plaintiff's supersedeas bond filed December 16, 2019, stating in support:

1. On December 16, 2019, Plaintiff's filed a supersedeas bond securing its right on appeal in the U.S. District Court for the District of Oregon Portland Division case #3:18-cv-01930.

2. Plaintiffs seek approval of its supersedeas bond to stay the inferior state court FED action filed against Plaintiffs by Defendant Urban Housing Development LLC on November 19, 2018.

WHEREFORE, Plaintiffs move this court of record to enter an order scheduling a hearing for Plaintiff's supersedeas bond filed December 16, 2019.

I affirm the abovesaid to be true and correct under penalties of perjury.

RESPECTFULLY DATED this ___2___ day of ___January___, 2020.

By _____
Julie Ann Metcalf Kinney
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]

By _____
William X Nietzche, as trustee for KRME International Trust
In Solo Proprio, In Proper Persona,
Sui Heredes, Sui Juris [Pro se]

RECVD 2 JAN '20 13:12 USDC-ORP

## CERTIFICATE OF SERVICE

I, William X Nietzsche, certify under the penalty of perjury from without the "United States" and from within the "United States of America" a foreign sovereign pursuant 28 U.S.C. § 1746(1) and 28 U.S.C. §1605, that on January 2, 2020, I served the foregoing documents via electronic service and/or U.S postal service first-class mail:

1. PLAINTIFF'S MOTION TO RECUSE JUDGE MICHAEL SIMON DATED JANUARY 2, 2020

2. AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO RECUSE JUDGE MICHAEL SIMON DATED JANUARY 2, 2020

3. PLAINTIFF'S MOTION FOR HEARING ON SUPERSEDEAS BOND DATED JANUARY 2, 2020

**BY HAND:** XXX, **MAIL:** _____, **ELECTRONIC SERVICE:** XXX

**To:** UNITED STATES DISTRICT COURT HOUSE
Court Clerk Mary Austad
Mary_austad@ord.uscourts.gov
1000 SW 3rd Avenue - Portland, Oregon 97204

**BY HAND:** _____, **MAIL:** _____, **ELECTRONIC SERVICE:** XXX

**To:** UNITED STATES DISTRICT COURT HOUSE
Judge Michael Simon
Michael_Simon@ord.uscourts.gov
1000 SW 3rd Avenue - Portland, Oregon 97204

**BY HAND:** _____, **MAIL:** _____, **ELECTRONIC SERVICE:** XXX

**To:** FREEDOM HOME MORTGAGE CORPORATION
MORTGAGE ELECTRONIC REGISTRATION SYSTEM
Att. Nellie Barnard
nellie.barnard@hklaw.com
2300 US Bancorp Tower
111 SW Fifth Ave - Portland, Oregon 97204

**BY HAND:** _____, **MAIL** _____, **ELECTRONIC SERVICE:** XXX

**To:** HSBC HOLDINGS PLC
HSBC FINANCE CORPORATION
HSBC HOME EQUITY LOAN CORPORATION
BENEFICIAL OREGON INC
BENEFICIAL FINANCIAL 1 INC
Att. Meryl Hulteng, hultengm@lanepowell.com

Att. Pilar French, Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204

BY HAND: _____, MAIL: _____, ELECTRONIC SERVICE: __XXX__

To: MTGLQ INVESTORS, L.P.
Att. Kevin H. Kono
kevinkono@dwt.com
1300 SW 5TH Avenue, Suite 2400
Portland, OR 97201-5610

BY HAND: _____, MAIL: _____, ELECTRONIC SERVICE: __XXX__

To: US BANK NATIONAL ASSOCIATION
RUSHMORE LOAN MANAGEMENT SERVICES
MORTGAGE ELECTRONIC REGISTRATION SYSTEM
RAIN CITY CAPITAL OF OREGON LLC
Att. Tom Purcell
tpurcell@mbiglaw.com
117 SW Taylor Street, Suite 200
Portland, Oregon 97204

BY HAND: _____, MAIL: _____, ELECTRONIC SERVICE: __XXX__

To: URBAN HOUSING DEVELOPMENT
Roman Ozeruga
Att. Terrance J. Slominski
tjslominski@yahoo.com
Venables.slominski.law@gmail.com
7100 SW Hampton, Suite 101
Tigard, Oregon 97223

BY HAND: _____, MAIL: _____, ELECTRONIC SERVICE: __XXX__

To: CLEAR RECON CORPORATION
Att. Peter Salmon
psalmon@aldridgepite.com
Steven W Pite, PRESIDENT
4375 Jutland Drive
San Diego, California, 92177

BY HAND: _____, MAIL: _XXX_, ELECTRONIC SERVICE: _____

To: BARRISTER SUPPORT SERVICES
Terry Sheldon
11349 SW 60th Avenue,
Portland, Oregon 97219

BY HAND: _____, MAIL: XXX ,ELECTRONIC SERVICE: _____

To: UNITED STATES CORPORATION COMPANY
William Barr
950 Pennsylvania Ave, NW
Washington D.C.20530

BY HAND: _____, MAIL:_____,ELECTRONIC SERVICE: XXX

To: STATE OF OREGON CORPORATION
Att. Nathaniel Aggrey, AAG
Nathaniel.Aggrey@doj.state.or.us
1162 Court St, NE
Salem, Oregon 97301

BY HAND: _____, MAIL:_____,ELECTRONIC SERVICE: XXX

To: GOLDMAN SACHS GROUP INC
Att. Anthony Todaro
Anthony.todaro@dlapiper.com
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104

BY HAND: _____, MAIL:_____,ELECTRONIC SERVICE: XXX

To: Mark K. Passanante
Terrance Slominski
Att. Andrew Weiner
atw@hartwagner.com
1000 SW Broadway, Twentieth floor
Portland, Oregon 97205

*William X Nietzche*
PRINT NAME

*[signature]*
SIGNATURE                                           dated January 2, 2020
ALL RIGHTS RESERVED, DROIT.
Signature made parallel to UCC 1-308, 2-211, 2-213
UCC §2-211 Legal Recognition of electronic contracts, records, and signatures; (1) A record or signature may not be denied legal effect or enforceability solely because it is in electronic form. UCC § 2-213 Electronic communication (1) If the receipt of an electronic communication has a legal effect, it has that effect even if no individual is aware of its receipt.